# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

ISAAC N. through his next friend Katy Saehler, and
TONY S. through his next friend Leigh Truhe, for
themselves and those similarly situated.

**Plaintiffs,**

v.

JARED POLIS, in his official capacity as the
Governor of Colorado; and MICHELLE BARNES,
in her official capacity as Executive Director of the
Colorado Department of Human Services

**Defendants.**

Civil Action No. 1:26-cv-01123

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for Plaintiffs.

DATED: March 19, 2026

Respectfully submitted,

*/s/ Stephanie Persson*
Stephanie Persson, N.Y. 5469648*
**Children's Rights**
88 Pine Street, Suite 800
New York, NY 10005
(212) 683-2210
spersson@childrensrights.org
*Admitted to D. Colo.

*Attorney for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.


/s/ Stephanie Persson