IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:26-cv-01123-CNS

I.N. through is next friend Kay Saehler, and
T.S. through his next friend Leigh Truhe, for themselves and those similarly situated,

      Plaintiffs,

v.

JARED POLIS, in his official capacity as the Governor of Colorado and
MICHELLE BARNES, in her official capacity as Executive Director of the Colorado
Department of Human Services,

      Defendants.

---

## ORDER OF RECUSAL

---

Title 28 U.S.C. § 455(a) requires that a judge disqualify herself in certain circumstances in which her impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000).

I conclude that I must recuse myself from further participation in this case. Accordingly, it is ORDERED that:

    (1) I recuse myself from further participation in this matter;

    (2) The Clerk of the Court shall reassign this case to another District Judge.

1

DATED this 15th day of April 2026.

BY THE COURT:

_____

Charlotte N. Sweeney
United States District Judge