**TABLE OF EXHIBITS**

Exhibit Index to Plaintiffs' Memorandum of Law in Support of Motion for Class Certification and Appointment of Class Counsel

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Colo. Dep't of Hum. Servs., *Limit the Detention of Juveniles Annual Report State Fiscal Year 24-25* (July 1, 2025) |
| 2 | Colo. Dep't of Hum. Servs., *Limit the Detention of Juveniles Annual Report State Fiscal Year 25-26* (July 1, 2026) |
| 3 | Colo. Dep't of Hum. Servs., Responses to Questions Regarding Division of Youth Services Detention Practices |
| 4 | Colo. Dep't of Hum. Servs., *Limit the Detention of Juveniles Annual Report State Fiscal Year 23-24* (July 1, 2024) |
| 5 | Colo. Dep't of Hum. Servs., *Offices and Divisions*, https://cdhs.colorado.gov/cp-offices-and-divisions (last visited Oct. 2, 2026) |
| 6 | Colo. Dep't of Hum. Servs., *DYS Administrative Services*, https://cdhs.colorado.gov/dys-administrative-services (last visited Oct. 2, 2026) |
| 7 | Colo. Dep't of Hum. Servs., Div. of Youth Corr., *S.B. 94 Reference Manual* (Jan. 2009) |
| 8 | Jennifer Brown, *One-Third of Teens in Colorado Juvenile Corrections Held for an Average of 20 Extra Days Because There's No Place to Go*, Colo. Sun (Sept. 6, 2023) https://coloradosun.com/2023/07/19/juvenile-corrections-delayed-release/ |
| 9 | Expert Report Patrick McCarthy, October 6, 2026 |
| 10 | Colo. Dep't of Hum. Servs., *Colorado Statewide Assessment: Child and Family Services Review (CFSR) Round 4* (2026) |
| 11 | Dana Walters Flores Declaration, Oct. 2, 2026 |
| 12 | County DHS and CMP Responses to Youth and Family Services Gap Survey (2022) (unpublished survey responses) |
| 13 | *SB21-071 Youth Family Gap Survey (Responses)* (2022) (unpublished survey responses) |
| 14 | Erin Rossiter Declaration, Aug. 28, 2026 |
| 15 | Elizabeth Martinez Declaration, Sept. 17, 2026 |

| Exhibit No. | Exhibit Description |
|---|---|
| 16 | Quentin Montemayor Declaration, Sept. 11, 2026 (restricted) |
| 17 | Katy Saehler Declaration, Sept. 22, 2026 |
| 18 | Kerry Simpson Declaration, Sept. 18, 2026 (restricted) |
| 19 | Leigh Truhe Declaration, Aug. 31, 2026 (restricted) |
| 20 | Madison Whitley Declaration, Aug. 19, 2026 |
| 21 | Elise Miller Declaration, Sept. 30, 2026 (restricted) |
| 22 | Carter Hilty Declaration, Sept. 23, 2026 |
| 23 | Meghal Shah Declaration, Sept. 18, 2026 |
| 24 | Phillip Roybal Declaration, Oct. 1, 2026 |
| 25 | Tiera Brown Declaration, Oct. 2, 2026 |
| 26 | Nicole Lyells Declaration, Oct. 2, 2026 |
| 27 | Brittany Radic Declaration, Sept. 25, 2026 (restricted) |
| 28 | Dani Diercks Farrell Declaration, Sept. 17, 2026 |
| 29 | Otto O. Grievance to DYS facility (restricted) |
| 30 | Colo. Dep't of Hum. Servs., *Inaugural Analysis Report to Inform Performance Standards and Outcome Measures for Pre-Adjudicated and Adjudicated Youth* (July 1, 2023) |
| 31 | Isaac N. Completed Enhanced Standardized Assessment (ESA) (restricted) |
| 32 | Isaac N. Individualized Education Program (IEP) (restricted) |
| 33 | Isaac N. Grievance to DYS facility (restricted) |
| 34 | Tony S. Juvenile Court Order (restricted) |
| 35 | Tony S. Individualized Education Program (IEP) (restricted) |
| 36 | Tony S. Enhanced Standardized Assessment (ESA) (restricted) |
| 37 | Tony S. Grievance to DYS facility (restricted) |
| 38 | Vegeta K. Juvenile Court Order (restricted) |
| 39 | Vegeta K. Behavior Intervention Plan (restricted) |
| 40 | Vegeta K. IEP Review (restricted) |
| 41 | Vegeta K. Grievance to DYS facility (restricted) |

| Exhibit No. | Exhibit Description |
|---|---|
| 42 | Otto O. Letter from Licensed Professional Counselor describing diagnosis (restricted) |
| 43 | Otto O. Juvenile Court Order (restricted) |
| 44 | Otto O. Individualized Education Program (IEP) (restricted) |
| 45 | Otto O. Assessment by Psychologist (restricted) |
| 46 | Otto O. Grievance to DYS facility (restricted) |
| 47 | Tyrone P. Juvenile Court Order (restricted) |
| 48 | Tyrone P. Completed Enhanced Standardized Assessment (ESA) (restricted) |
| 49 | Tyrone P. Grievance to DYS facility (restricted) |
| 50 | Colo. Dep't of Hum. Servs., Div. of Youth Servs., *Annual Report FY 2023-24* (2025) |
| 51 | Corene Kendrick Declaration, Oct. 5, 2026 |
| 52 | Timothy Macdonald Declaration, Oct. 5, 2026 |
| 53 | Stephanie Persson Declaration, Sept. 30, 2026 |
| 54 | Timothy Farrell Declaration, Aug. 31, 2026 |
| 55 | Emily Harvey Declaration, Oct. 2, 2026 |

**Previously Filed Exhibits**

| Docket No. | Description |
|---|---|
| 76 (Ex. A) | Exhibit A to ECF 76 (restricted) |
| 76 (Ex. B) | Exhibit B to ECF 76 (restricted) |
| 76 (Ex. C) | Exhibit C to ECF 76 (restricted) |