# EXHIBIT 5

Select Language

COLORADO
Department of Human Services (/)

Home (/) Our partners (/partners) Counties (/our-partners/counties) CDHS County Portal (/cdhs-county-portal) Offices and divisions

# Offices and divisions




PORTAL HOME (/cdhs-county-portal) ABOUT CDHS & CONTACTS (/cp-about-cdhs-and-contacts)
OFFICES & DIVISIONS (/cp-programs-and-divisions) BOARDS & COMMISSIONS (/cp-boards-and-commissions)
COUNTY ENGAGEMENT (/cp-finance-legislation-audits) TRAINING & RESOURCES (/cp-training-and-resources)
TECHNOLOGY (/technology)

This page includes information about CDHS's county-facing programs, as well as other programs that might affect county clients. Expand each section for program overviews, important updates, helpful links and contact information. If you see an unfamiliar acronym, check out this list (https://docs.google.com/spreadsheets/d/1uvaMwdrxF-Z7RBr_HJtYT-qF5zKpA413LSKQOTJtOiU/edit#gid=0) of CDHS's commonly used acronyms.

# Office of Children, Aging and Community Services (OCACS)

## About OCACS

The Office of Children, Aging and Community Services (OCACS) is responsible for the coordination of quality and effective services for Colorado's most vulnerable children, youth and their families. OCACS includes several programs and divisions: the Division of Child Welfare, the Division of Youth Services, and the Division of Community Programs. The Division of Community Programs includes the following: Colorado Sexual Health Initiative (CoSHI), the Domestic Violence Program (DVP), the Collaborative Management Program (CMP), the Juvenile Parole Board (JPB) and the Tony Grampsas Youth Services Program (TGYS).

Additionally, OCACS has the following teams and resources:

- Legislative and finance staff dedicated to advancing the policy and budgetary priorities of the Office
- The Colorado Implementation Science Unit (CISU) provides internal capacity to engage in program implementation and evaluation
- The Medical Oversight unit oversees the psychiatric and medical care of children and youth involved in the child welfare and juvenile justice systems.
- The communications team works to increase understanding of the office's impact, promote prevention services and encourage Coloradans to help strengthen families.

## Adult Protective Services (APS)

## Division of Child Welfare (DCW)

The Division of Child Welfare (https://cdhs.colorado.gov/our-services/child-and-family-services/child-welfare) focuses on strengthening the ability of the family to protect and care for their own children, minimizing harm to children and youth, and ensuring timely permanency planning. When safety is not possible within the family, services focus on the child's need for a stable, permanent home as quickly as possible.

- **Colorado Heart Gallery** (https://www.coheartgallery.org/)**:** Colorado children and youth in foster care who are legally free for adoption and waiting for a family.
- **CO4Kids.org** (http://CO4Kids.org): Campaigns for child abuse prevention and foster care recruitment and retention as well as providing information for professionals.
- The federal **Family First Prevention Services Act** (https://co4kids.org/professional-resources/family-first/) allows Colorado to reshape child welfare and provide more proactive services, so more children and teens can grow up with their family. Additionally, across our state, local child welfare agencies will be able to partner with community-based service providers to respond to family needs and provide treatment in a setting that is designed to provide a higher level of care.

- **Family First Prevention Services Act Implementation Team** (https://cdhs.colorado.gov/family-first-prevention-services-act-implementation-team).

### Division of Community Programs (DCP)

### Division of Youth Services (DYS)

The Division of Youth Services (/dys) (DYS) primarily focuses on the needs of Colorado's youth between the ages of 10 and 21, who are pre-adjudicated, sentenced or committed. DYS operates 14 secure youth centers that serve these youth. In addition to residential programming, DYS administers juvenile parole services throughout the state.

# Office of Economic Security (OES)

### About OES

### Division of Child Support Services (CSS)

The Division of Child Support Services (CSS) works with parents and caretakers to make sure all Colorado kids get the financial support they need to thrive. CSS oversees child support in Colorado. Individual child support orders are managed by Colorado's county child support offices. These offices handle all services connected to the orders set up in their counties and can answer questions about specific situations.

CSS can help with:

- Setting up a child support and medical (health insurance) order.
- Collecting child support payments.
- Changing an existing order.

If you have questions specific to the Colorado Automated Child Support Enforcement System, please call the department hotline at 303-866-4501. While state personnel don't monitor this line directly, the service routes all messages to an email sent to operations analysts.

## Helpful links

- CSS website (https://childsupport.colorado.gov/)
- Contact information (https://childsupport.colorado.gov/contact-us)
- List of county child support offices (https://childsupport.colorado.gov/v2/all-county-offices)

### Division of Economic and Workforce Support (DEWS)

### Low-income Energy Assistance Program (LEAP)

Staff Development Division

Supplemental Nutrition Assistance Program (SNAP)

# Community Partnerships

About Community Partnerships

Client Services

# C-STAT

About C-STAT

We want your feedback! Let us know how we can improve the County Portal (https://docs.google.com/forms/d/e/1FAIpQLSeP1D8Tr1tUPeXroP2ik_0uA3pyNAKZBFLEcSMgAY ea5g/viewform)

## About CDHS

**Our mission:** Together, we empower Coloradans to thrive.

**Our vision:** To serve Coloradans through bold and innovative health and human services.

**Our values:** People-first; balance; accountability; transparency; ethical; collaboration.

About CDHS (/about-cdhs)

## CDHS contact information

Colorado Department of Human Services
1575 Sherman St.
Denver, CO 80203

303-866-5700

County human services departments (/contact-your-county)

Full contact information (/contact-cdhs)

## Accessibility at CDHS

CDHS is committed to meeting members of our community where they are, and strives to provide all Coloradans with access to our programs, services, resources, activities and communication regardless of ability.

Digital accessibility statement (/accessibility-at-cdhs)

## Popular pages

Contact your county (/contact-your-county)

Supplemental Nutrition Assistance Program (SNAP) (/snap)

Low-income Energy Assistance Program (LEAP) (/leap)

EBT card (/colorado-ebt)

Summer EBT (/summer-ebt)

Colorado Works (/colorado-works)

Careers (/careers)

A to Z index (/cdhs-a-to-z)

© 2026 State of Colorado | Transparency Online (https://data.colorado.gov/stories/s/fjyf-bdat) |
General Notices (https://www.colorado.gov/general-notices)