# EXHIBIT 12

County DHS and CMP responses to review for “COUNTY” perspective from survey.

**County DHS**

**12th/Alamosa:**

**Alternative Youth placement gaps:** Many of our youth don't have other family members, or don't have family who will take them. We can only hold in temp holding for 48 hours. We have no other placement options locally.

**Community Gaps**: Our biggest gap in the district and statewide is inpatient substance treatment.

**JJ Continuum gaps:** Placement options, mentoring, transportation, inpatient substance treatment

**12th/Costilla:**

**Alt Youth Plcmt gaps:** N/A

**Community gaps:** *blank*

**JJ continuum gaps:** more services

**16th/Bent:**

**Alt Youth Plcmt gaps:** Bent needs experienced families and robust mental health treatments.

**Community gaps:** There are no services that support the older children who are in need.

**JJ continuum gaps:** unsure

**18th JD/Arapahoe:**

**Alt Youth Plcmt gaps:** The complexities of the youth's needs often is difficult for Facilities to meet within their capacity, specifically due to staffing issues or trained staff to meet the complex needs. Ant unfortunately the treatment is not always sustainable for the high level needs kids who transition to lower levels of care.

**Community gaps:** Not enough services that meet the families cultural needs, the services that are evidenced based do not meet the needs of families of color. These services do not allow for the flexibility to meet the family where they are. Using evidenced base practices generalizes and impedes systemic white values that are not always the values of families of color.

**JJ continuum gaps:** Not enough resources that lead youth to have positive activities or access to positive outlets or alternatives.

**17th JD/Adams:**

**Alt youth Plcmt gaps:** All have long waitlists or some don't have onsite mental health treatment or on-site school. Third Way is the only placement that provides substance abuse treatment. Substance abuse treatment centers with on-site school and treatment. Also, more QRTPs that address trauma and mental health issues with actual services on-site.

**Community gaps:** More services with more providers and more mentorship programs

**JJ continuum gaps:** Consequences from the court and services available.

**17th JD/Adams:**

**Alt youth plcmt gaps:** Families need access to therapeutic placement options on their own. We used to have facilities years ago but the have since closed. Placement should not be dependent on Child Welfare as we cannot support those needs due to limited resources and more difficult criteria to access these programs. We have had so many placements close due to staffing issues as well as not being able to meet the QRTP requirements for licensure.
We need rehab. for youth. We have kids overdosing and getting Narcan just to be released from the hospital immediately so they can use again; there are no detox options for youth to go along with very few sub. abuse treatment options for a population with an increasingly dangerous need for these services. We need more and better access to mental health facilities - for longer than a week or two!

**Community gaps:** This is a population with high needs. Not only do we see kids with significant trauma, we see many kids involved in very dangerous drug activity as well as violent crimes. Gun possession and use is becoming a norm for this population! And in the meantime, services are becoming more scarce and difficult to access. All of these things need to be addressed within the communities. We need better access to MH services – both residentially and out patient – and these services need to be available immediately – not in 4-6 weeks! There needs to be more mentoring options for youth - mentors who are competent and skilled at working with difficult teens; more in-home parenting support and accountability (not therapy, but hands on parenting); available alternative options to talk therapy (animal assisted, etc); and there needs to be sanctions for non-compliant youth as currently there are very few, if any, and the message we are sending these youth are that they can commit a crime, get out on bond or probation release and do whatever they want and get away with it. These youth are not learning accountability and we are setting them up for when they are adults as they will not be able to act that way and get away with it. We are not diverting this population from adult jail what so ever. See above answer
Timely service intervention is the biggest gap and this is due to staffing issues and a high need for these services. We need therapists and providers who speak the family's language and who look like the youth/family. We need restorative justice programs as well as gang interventions.

**JJ continuum gaps:** collaboration/ownership

**17th/Adams:**

**Alt youth plcmt gaps:** Chronic Substance abuse issues; acute mental health; suicidal; runaways; trauma

**Community gaps:** Mental health, home-based services; MST, frequent, intensive in-home services; inpatient and outpatient substance abuse treatment; chronic mental health; suicidal ; Not intense (frequent) enough; lengthy waitlists; chronic turnover of providers so youth can't create therapeutic connection with therapist; not culturally relevant

**JJ continuum gaps:** PRTF; need more prevention services; need more in-home services; more mentor programs; substance abuse and mental health.

### 1st/Jefferson:

**Alt youth plcmt gaps:** Youth are often ordered into our system without placement options even when they meet criteria for QRTP. If they do not meet this criteria the placement options within foster care are significantly limited due to the ages of these youth, substance use, and often behavioral concerns that foster families are not able to keep them safe.

**Community gaps:** Savio

**JJ continuum gaps:** Not enough foster homes; judges ordering youth that they are not safe in their families of origin but are somehow safe in foster homes.

### 17th/Adams:

**Alt youth plcmt gaps:** inpatient substance abuse treatment; options for acute youth (often denied from QRTP/PRTF) with mh, substance use, elopement bx; community options (foster/kin) for youth over 10 years; residential options for 12-13year old youth; options for gender nonconforming youth; programs available have massive waitlists (6+ weeks) which does not help meet critical and present treatment needs (mental health and substance abuse as key indicators); staffing patterns notes as reasons for program delays in admitting new youth or closing entirely; 1:1 staffing resources for acute youth in need for constant supervision is not available in programs due to staffing shortages; any programs with immediate openings would be helpful for youth in detention or hospitalized; intensive support programs that can be referred to the youth's home for assistance in treatment and intensive supervision (determining reasons for elopement from home and addressing so the youth may remain in home reduces the need for foster resources being inappropriately used if there is no immediate concern for safety in the home and the youth does not meet criteria for QRTP)

**Community gaps:** additional supports and supervision to send youth home when no immediate safety concerns present, waitlists to get into appropriate programs, denials for acute youth with self harm, suicidal ideation, elopement, aggression, present substance use issues.

**JJ continuum gaps:** court ordered out of home placement prior to in home/intensive support services initiated

### 3rd/Huerfano:

**Alt Youth plmt gaps:** There are no alternative placements for this youth population in Huerfano County. The only services available in Huerfano are Mental Health and Substance Abuse Treatment. There is nothing specific to meet any alternative placement needs or prevention.

**Community gaps:** Sometimes youth need to be placed out of the community for a period of time in order to stabliize and get in-home supports in place before they can safely be returned.

**JJ continuum gaps:** It's one huge gap. If there is a formal Juvenile Justice Continuum, I am not familiar with it.

## 16th/Crowley:

**Alt youth plct gaps:** All are gaps.

**Community gaps:** I am sure there are other programs that could be utilized, we just simply do not have any others.

**JJ continuum gaps:** Unknown

## 8th/Larimer:

**Alt youth plct gaps:** We have no placements for the most part, at any level, that will take our youth. Need more services that address youth with high-risk behaviors such as substance use, mental health crisis, sex trafficking and the like.

**Community gaps:** waiting lists are too long

**JJ continuum gaps:** Need more prevention dollars

## 1st JD/Jefferson:

**Alt youth plcmt gaps:** No immediate placement options in crisis situations, no ability to access day treatment quickly, no ability to access PRTF beds, no QRTPs willing to accept children with exceptional needs, very few substance abuse treatment options in total, but zero inpatient options, no shelter options.

**Community gaps:** Wait lists are often extremely long and families in crisis cannot wait. Also, Medicaid will sometimes not fund the level of intensity required to treat a family as a whole. There are not enough SUD treatment options for adolescents, our community mental health center is experiencing critical clinical staff shortages which affects our families' ability to access timely services and services beyond our involvement.

**JJ continuum gaps:** Immediate crisis placement, even if it is short-term. Additional acute-care psychiatric settings that families can access on their own, SUD treatment options, probation, pre-trial, diversion, all levels of care.

## 18th JD/Arapahoe:

**Alt youth plcmt gaps:** The services meet the needs but we are always needing more slots/beds to be available

**Community gaps:** More accessibility to programs such as Justice Works. More availability to utilize immediate mental health services. Resources for youth on the run.

**JJ continuum gaps:** unknown

**18th JD/Arapahoe:**

**Alt youth plcmt gaps:** Across the continuum, there is a shortage of services to support youth either in the community or in residential placement. There are not enough beds available to meet the needs of the youth in the community and several of our youth are placed out of state because of this. In addition, there are very limited options in residential care for females, youth struggling with substance use addiction and/or problematic sexualized behaviors and/or an intellectual disability. The state has also not been successful in developing a treatment foster care model that would allow for youth to be placed at the lowest level of care when appropriate. The state has also struggled with implementation of the PRFT expansion and there are limited numbers of actual placement providers that have been able to successfully navigate the PRFT licensing process.

**Community gaps:** There are gaps across the board that impact providers capacity to provide services. There is even less access/capacity for specialized services for SUD treatment, SOMB treatment, gender specific services and culturally appropriate services.

**JJ continuum gaps:** unknown

**18th JD/Arapahoe: (49/182)**

Alt youth plcmt gaps: The lack of placements period. Starting with the lack of foster homes, and group homes for the kids that need that higher level of care but are not appropriate for residential.

The process for kiddos needing a higher level of care (QRTP) is very time consuming and rarely approved. And, if it is actually approved, the few placement facilities we have access to, have insanely long waitlists. Many times facilities will flat out decline to even accept referrals, because the waitlists are so long.

When families are not able to access these lower levels of services, in a preventative manner, we see kids and families continue to cycle threw the systems (MH hospitalizations, detention etc), until the mental health, behavioral and parent-child relationships are so damaged we are forced to look to higher levels of care QRTP, DYC etc when things could have addressed sooner.

We are fortunate in Arapahoe and Douglas to have access the FRP respite program which does help many of our families. Its the only alternative and often times full. The is generally several youth in the program longer then the 14 days waiting for placements, PAR results on level of care requests, Foster home opening etc.

**Community gaps:** Accessibility to the services that are already in place. Gaps with services for in home providers, in person providers, Adolescents mental health providers, gang and violence services and prevention, culturally and linguistic appropriate providers etc

**JJ continuum gaps:** unknown

## 18th/Arapahoe

**Alt youth plcmt gaps:** Inpatient/outpatient substance use programs for youth are very limited in the county and even more so within the state. Many residentials are closing down and the state/county is unable to meet the placement needs of youth.

**Community gaps:** Spanish speaking services are a big gap and any sort of substance use evaluations and outpatient/inpatient substance use services are a huge gap especially with the growing drug use problem amongst youth.

**JJ continuum gaps:** Kids are unable to receive ongoing mental health treatment and support while sitting in detention waiting for placement or outside resources/services to be put in place.

## 18th/Douglas:

**Alt youth plcmt gaps:** It would be great if her can options within our own county. the biggest issue is a lack of substance programs.

**Community gaps:** I believe they are being met

**JJ Continuum gaps:** unknown

## 18th JD/Douglas:

**Alt youth plcmt gaps:** Often times those that meet criteria for a QRTP level of care are denied from all instate QRTP facilities. Additionally, there are few foster care placements willing to accept youth and all are usually full when needed. Waitlists for services are extremely long and cannot immediately help families who are in crisis resulting in delinquency charges for behaviors that should have been addressed prior to the arrest.

**Community gaps:** (blank)

**JJ continuum gaps:** Lack of available placements who meet higher levels of care. Long waitlists for prevention services.

## 18th/Douglas:

**Alt youth plct:** blank

**Community:** Limited access to services, long waitlists for services, no public transportation.

**JJ continuum:** Lack of diversity

## 18th/Arapahoe:

**Alt Youth plct:** Dual Diagnosis programs

**Community:** waitlist, not meeting youth/families at home, services not intensvie enough, services not trauma based/iinformed

**JJ continuum:** knowledge and lack of appropriate funding/services

### 18th/Elbert:

**Alt Youth plct:** There are no juvenile services in out county

**Community:** There is a complete lack of resources in our county. It is not realistic to require families to regularly travel to the metro area for services.

**JJ continuum:** lack of resources

### 21st/Mesa:(62/182)

**Alt Plct:** There is a significant need for more QRTP's in Mesa County as well as a HUGE need for a Psychiatric Treatment Facility (Mind Springs is not adequate nor is it of high quality, and it is short-term) AND a Substance Abuse Treatment facility

**Community:** MST and High Quality Clinicians who can provide effective treatment

**JJ continuum:** Staffing shortages

### 6th/La Plata:

**Alt youth plct:** La Plata County has no facilities close to this area. The closest is 4 hours away. We need more providers for mental health that take Medicaid and we need a place for respite for youths that can't go home immediately

**Community:** There are not enough Medicaid providers, people do not want to go to the local mental health agency (Axis) because it has a bad reputation and so much turn over. MST can only help youths of a certain age and there are too many families and not enough therapist.

**JJ continuum:** Everyone is short staffed, not enough people to provide the services needed. Kinship homes are scared to help out and need some incentive and trainings.

### 9th/Garfield:

**Alt youth placement:** All options. Our closest option is two hours away and we have not been successful in placing there for several years. The next closes placements are 3-5 hours away. Mental health placement is an hour away but youth are infrequently admitted due to bed space. Despite years of recruitment efforts, county foster homes are not taking adolescents and we have on CPA placement in the county that will consider youth. We do not have therapuetic or treatment foster homes within our district. We have contracted with Savio for MST and they have been trying to recruit for the jurisdicatoin for 13 months without success. We have contracted for a behavioral coach/adolescent mediator but the contractor was unable to keep the position staffed locally; we have posted a new RFP. The one contracted provider for adolescent substance use treatment has not been staffed for some time. There are no other adolescent specific treatment modalities in the jurisdiction, youth are have access to general individual counseling.

**Community:** Adequate mental health (type, frequency, level, waitlists), adolescent specific mental health and substance treatment, offender specific (one provider whose practice is substandard), gender specific, MST, FFT, bilingual, WRAP, mentorship, gang specific.

**JJ continuum:** Treatment options. Community understanding that residential placement is not a solution. Transparency with families.

**21st/Mesa:**

**Alt youth plcmt:** We do not have a QRTP for boys in our county. There is a lack of foster homes willing to take adolescents with behavioral issues. There is no shelter care or medium secure facilities. Family therapy is not provided by our local QRTP and they do not provide substance abuse treatment or offense specific treatment.

**Community:** We are lacking in family therapy options for families in our county.

**JJ continuum:** Short term shelter care and more community case management. Crisis intervention services for adolescents, more mental health care.

**6th/La Plata:**

**Alt youth plcmt:** No substance abuse or behavioral health treatment facility. No QRTP or RCCF. No group home or shelter.

**Community:** Home- and community-based intensive individual and family therapeutic services. Intensive substance abuse treatment services. Intensive behavioral health treatment services and case management. Specialized services for youth with sexualized behaviors.

**JJ Continuum:** See previous answers

**14th/Grand:**

**Alt youth plcmt:** We have no alternative placements for youth in our county aside from kinship placements. There are no placements within the county or judicial district (hence no services within the placements)

**Community:** The services we have available are not adequate for the population and the greater acuity we are seeing. Also - we have a lack of providers in general as well as a lack of providers who can provide the most robust services - such as MST or FFT.

**JJ continuum:** We don't have appropriate services or placements for our highest acuity kids

**7th/Delta:**

**Alt youth plcmt:** More placements at lower levels of care are needed (therapeutic foster homes or foster homes that would accept this age range of youth) Home based services, PCIT, MST, EMDR

**Community:** We need more services and services providers

**JJ continuum:** kinship care and lower level of care placement options

**1st/Gilpin:**

**Alt youth plcmt:** Services/placement options actually in our county, rather than an hour or further away is a huge gap for youth in our county.

**Community:** There are no services within Gilpin County except for very limited mental health services.

**JJ continuum:** Lack of services within the county and lack of transportation for families to travel to the metro area to engage in services.

**18th/Douglas:**

**Alt youth plcmt:** There are often no openings in these facilities. There are no residential facilities that specialize in substance use disorders. Sometimes these services meet the needs of the youth and family but we do have a bit of a revolving door problem, where youth cycle through the various placements with little improvement

**Community:** waitlist are our biggest barrier

**JJ continuum:** Temporary Shelter Care as indicated in the Detention Screening Tool

**4th/El Paso:**

**Alt youth plcmt:** variety of resources that meet the needs of JJ involved youth and complex needs youth. provider right to refuse is problematic. no shelter or respite beds available to these particular youth. day programming/drop-in is also a gap. the gap is with a smaller percentage of high utilizer population

**Community:** peer/ parent partner/ parent support

**JJ continuum:** shelter care, respite care, day programming/drop-in center, parent partner/peer support

**11th/Fremont: (107/182)**

**Alt youth plcmt:** All of the above

**Community:** all of the above

**JJ continuum:** Offense specific offenses, mentorship, intensive out patient

**2nd/Denver:**

**Alt youth plcmt:** We have very few options. residential placement, therapy (family, individual, group, SOMB), education, oversight of basic needs being met.

**Community:** I have no idea. (previous question response: It's difficult. Our providers are overworked and overwhelmed with the high number of referrals being sent without enough trained and qualified workers to meet our demands. Waitlists are far too extensive, and families are not getting the support needed within a reasonable timeframe. We a experiencing a shortage of providers and qualified individuals to implement the services needed for our families to succeed in the treatment goals we require. And this is if we are fortunate enough to be placed on a waiting list. I have also had families turned away from services all together due to programs being at capacity, e.g. Denver Health Step Program.)

**JJ continuum:** stated

**2nd Denver: (115/182)**

**Alt youth plcmt:** They lack Appropriate treatment and giving them the tools they need to return home safely

**Community:** lack of engagement from parents/caretake, new charges, lack of engagement from youth

**JJ continuum:** lack of services and resources

**2nd/Denver:**

**Alt youth plmt:** They meet their needs but not all of their needs. The necessary supports need to be provided and more accessible in the community so family is more realistic option for our youth.

**Community:** Long waitlists, not enough service providers providing a service

**JJ continuum:** they do not offer out of home placement for the juvenile justice youth

**2nd/Denver:**

**Alt youth plcmt:** placements need to be able to meet the needs of youth with significant mental health and developmental delays, there also needs to be a focus on prevention and recovery vs. penial and consequential placements, increased support for families so that youth are not returning to the same environment

**Community:** there are often waitlist and high staff turnover which causes lapses and pauses of services, youth also are unwilling to engage if provider is not culturally appropriate, parents often have a lot of responsibility in wrap around services but parents are often employed or have other children to care for--so services end due to lack of engagement, there are a lot of white providers and this can cause lack of connection, there is not consistency in regards to quality of services amongst providers

**JJ continuum:** all court systems (GALs, judges, RPC's, etc.) need to be educated around culturally needs of the family and systems need to acknowledge the historical context of discrimination and oppression within the justice system and also be open to the most appropriate, least restrictive placement and service options

**2nd/Denver:**

**Alt youth plmt:** Yes and NO. these facilities don't meet the needs of youth with severe substance abuse issues. some of the gaps are waiting list are so long, turn over is an issue everywhere.

**Community:** waitlists provides huge gaps, substance abuse treatment is not readily available for those using dangerous substances.

**JJ continuum:** some services or providers don't exist. There is no place for juveniles to detox and three is no place for youth to get extensive treatment that is more that 45 days besides YRC.

**18th/Arapahoe: (126/182)**

**Alt youth plcmt:** independent living programs, mental health, substance use. mental health, substance use, independent living, all the things.

**Community:** For individuals with a lower level of need, I think what we have is sufficient. For individuals with complex needs, dual diagnosis, trauma...I don't think the depth of services is there.

**JJ continuum:** out of home mental health and substance abuse providers, especially if there is a dual diagnosis or cognitive delays

**19th/Weld**

**Alt youth plmt:** Weld County does not have a shelter program. Alternative Homes for Youth and Shiloh are treatment specific. Weld County does not have a day treatment program and limited alternative educational programs. Weld County does not have a JAC program. Alternative Homes for Youth have traditionally not taken Weld County DHS youth. Shiloh has been a good partner and have taken Weld County DHS youth and Shiloh continues to be a good working partner.

**Community:** Weld County the largest geographic and we do not Core and/or Medicaid service providers available to meet the need in our rural areas.

**JJ continuum:** Weld County does not have a shelter care facility and Weld County does not have a staff secure program, which use to be funded by the State.

**21st/Mesa:**

**Alt youth plmt:** There are not enough placements in Mesa County for these youth

**Community:** We need more services for trauma based

**JJ continuum:** Not enough services in the county for these youth

**21st/Mesa:**

**Alt youth plmt:** we have very limited placement options. most of the time there are lengthy waitlists and/or youth are denied due to their behaviors. need more resources for specific behaviors (eating disorders, fire setting, personality trait disorders, aggressive/assaultive behaviors)

**Community:** We need additional services to serve more youth/families and/or more providers to serve a higher quantity of youth/families

**JJ continuum:** (blank)

**21st/Mesa: (139/182)**

**Alt youth plmt:** (none)

**Community:** need more resources

**JJ continuum:** not all agencies are attending

**21/Mesa:**

**Alt youth plmt:** We have a lack of placement for our youth to keep them in the community. We are in need of more mental health and mentoring services.

**Community:** We are needing more mental health services as well as mentoring services.

**JJ continuum:** We need to be able to use group homes again. This is a VERY needed placement option and many of our youth need this as a step down from residential before returning home.

**2nd/Denver:**

**Alt youth plmt:** We need a place to send kids with violent tendencies that don't have mental health qualifications for QRTP

**Community:** Services for human trafficking, mandated services for teens that are not interested, substance use treatment facilities

**JJ continuum:** (unknown)

**2nd/Denver:**

**Alt youth plmt:** blank

**Community:** not enough culturally responsive options

**JJ continuum:** not enough options that serve the population we serve; lack of education / training, options that can serve families long term, culturally responsive, prevention options

**6th/Archuleta:**

**Alt youth plcmt:** There are currently no alternative youth placements

**Community**: unknown

**JJ continuum:** unknown

**13th/Logan: (162/182)**

**Alt youth plcmt:** We always have to place youth outside of our county; Placing youth a long distance from there family or kinship.

**Community:** unknown

**JJ continuum:** unknown

**21st/Mesa**

**Alt youth plmt:** Not enough services in our area to support these youth and families

**Community:** more services and providers

**JJ continuum:** unknown

**10th/Pueblo:**

**Alt youth plcmt:** There are very limited placement resources in Pueblo County including Foster homes for youth. The closest residential facility is in Canon City which is about 45 minutes outside of Pueblo in Fremont county.Very limited placement resources in Pueblo, so when placement becomes necessary, the youth is most likely placed outside of Pueblo

**Community:** The only gap is if there are waiting lists for services

**JJ continuum:** I don't know as this would be better answered by CYDC staff

**15/Prowers:**

**Alt youth plcmt:** Our community does not offer any other services locally. There are foster homes, however they are full. Youth often need more intensive substance and mental health services.

**Community:** unknown

**JJ continuum:** There are no resources for youth who have mental health needs and cannot return home.

**CMP Responses**

**17th/Broomfield:**

**Alt youth plcmt gaps:** Again, especially in terms of our county, youth and families typically have to travel outside of our community to access any of these services and supports, typically to Boulder, Denver, Weld, or Adams County.

**Community gaps:** These meet some needs, but not all needs.

**JJ continuum gaps:** Because our county shares a JD and is regionally grouped with another county, there are not many county-specific services. Many times, the waitlists are so long and it takes quite a long time to access these services and supports. Many times if there are "spots" for families to access services, our county has far fewer spots to access than our counterparts.

**2nd/Denver:**

**Alt youth plct:** There needs to be more inpatient substance use treatment providers; There needs to be more outpatient substance use treatment

**Community:** Substance use treatment and intensive mentoring

**JJ continuum:** I'm not sure

**14th/Grand:**

**Alt youth plcmt:** Grand County does not have any alternative youth placement facilities. We have a staffing shortage in our county due to housing crisis and cost of living

**Community:** understaffed

**JJ continuum:** low numbers

**13th Washington:**

**Alt youth plcmt:** no services as there are no placements other than family

**Community:** consistent, quality care

**JJ continuum:** continuity of care

**18th/Arapahoe:**

**Alt youth plct:** none listed

**Community:** services provided in multiple languages, substance use services for youth, mental health services for youth and families (long wait lists)

**JJ continuum:** transportation, basic needs- food, clothing, housing, beds; foster home for teens, respite, basic needs of families (prevention)

**9th/Garfield:**

**Alt youth plct:** (blank)

**Community:** Housing for the youth

**JJ continuum:** Housing supports

**13th/Kit Carson:**

**Alt youth plcmt:** Shelter, residential, intensive; Change over in staff, openings, intensiveness

**Community:** Increased need for mental health services

**JJ continuum:** no intensive treatment currently, parent support