# EXHIBIT 13

SB21-071 Youth Family Gap Survey (Responses).xlsx

| Timestamp | Judicial District | County | Please select your area of professional representation. | What is your Judicial District's definition of a Crossover Youth? | What are the alternative youth placements within your Judicial District and/or County? E.g. Qualified Residential Treatment Programs (QRTP), Psychiatric Residential Treatment Facility (PRTF), Residential Child Care Facility (RCCF), Shelter, and Group Homes (please be specific as possible). | Please list the names of the alternative youth placement programs within your Judicial District and/or County. For example, Third Way Center, Urban Peak, etc. | Do these alternative youth placements meet the needs of the youth and families within your Judicial District and/or County? | If no, please describe the alternative youth placement gaps within your Judicial District and/or County? | Do you have data available to support the gap/need(s)? | If you do have data, please list where the data exist to support the gap/need(s)? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | Who has access to this data? | What are the youth/family services provided by the above listed alternative placements within your Judicial District and/or County? | Do these youth/family services provided by the alternative placement meet your Judicial District and/or County needs? | If no, what are the service provision gaps present within the alternative placements for your Judicial District and/or County? | Does the data exist to support the gap needs? | If yes, where does the data exist to support the gap need? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | Who has access to this data? | Youth who are in the home but receiving county services with juvenile justice involvement, how are these youth services tracked? | What are the Community-Based Services for the youth/families within your Judicial District and/or County (choose all that apply)? | How do these Community-Based Services in your Judicial District and/or County meet the needs of your youth/families? | If the needs of your youth/families are not being met, how/what are the Community-Based Services gaps within your Judicial District and/or County? | Does the data exist to support the gap needs? | If yes, where does the data exist to support the gap needs? E.g. in Trails, Savio Management Group (SMG), separately held database (please be as specific as possible). | Who has access to this data? | Describe your Juvenile Justice Continuum. | What do you need within your Juvenile Justice Continuum to fully serve your youth/families? | What are the gaps within your Juvenile Justice Continuum? | If you identified gaps within your Juvenile Justice Continuum, what/where are they? | Does data exist to supports these gaps within your Juvenile Justice Continuum? | Where does the data exist to support the gaps within your Juvenile Justice Continuum? E.g. in Trails, Savio Management Group (SMG), separately held database (please be as specific as possible). | Who has access to this Juvenile Justice Continuum data ? | What would your fully formed, comprehensive, developed Juvenile Justice Continuum look like? Please describe in detail. | Is the detention bed capacity sufficient for your Judicial District, County, CYDC or Court? | If you answered no or unknown to the above detention bed capacity, please describe why not. | Please explain what data you have that supports your above answer. | For the detained youth/family within your Judicial District and/or County, describe the waitlist for placement. Is it for a particular program or service (if yes, please list). Is the average wait time per youth known? | What data do you have that supports the extended waitlist(s)? | If you have data, where does the data exist that supports your youth/family waitlists for alternative placement? E. g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | For the detained youth/families within your Judicial District and/or County, describe the waitlist for Community-Based Services. Is the average wait time per youth known? | What data do you have that supports the waitlists for services mentioned in the above question? | Where does the data exist that supports your youth/family waitlists for Community-Based Services? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | If you had a magic wand and funding was not an issue, what would you recommend to address the concerns or barriers you presented within your survey responses? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2022 18:00:18 | 17th JD: Adams and Broomfield Counties | Adams County | Colorado Youth Detention Continuum (CYDC) | A youth that has had multiple charges usually covering 2 or more districts | Chase House, Griffith Center, Shiloh House, Drews Place, Third Way | | No | long wait lists/ response times and not willing to take higher profile/need/risks youth. | No | I feel that lack of support goes from a case-to-case basis but specifically for pre-trial that can be notated in both trails and the Savio database. | Savio employees | some offer individual and or family therapy | No | Mental health evaluations are becoming scarcer and more difficult to accomplish. | No | not sure to find to this data | not sure | usually through a collaborative effort with the departments involved. | Mental Health, Substance Use/Abuse, Offense Specific Assessments, MST (Multisystemic Therapy), FFT (Functional Family Therapy), Mentorship, Education, Gang Specific | offer additional support if particular clients are accepted or there is actual engagement from the families. Offer additional information for court reports so the courts can make better informed decisions. | not sure | No | not sure where to confirm this data | professionals | pre-trial supervision | Quicker access to services. There are no repercussions for us to enforce if youth/families refuse to cooperate with services that are put in place. More open beds for any type of placement facility would also be helpful. | Between being released from detention and meeting for supervision. Also, the transition from pre-trial to probation can be smoother or better defined. | Same as previously stated | No | not sure | all professionals | Community supervision should be a reward for compliance and those that are doing well in the community. There should be consequences like bond revocation for youth that refuse to be compliant in the community. More bed availability would be helpful to our line of work as it provides a very real consequence for youth that are confident, they can beat the system. Once they figure out they can continue behaving how the want in the community with no consequences it is very difficult to get them to engage in any services available and it also provides them an opportunity to pick up additional charges and be dangerous to the community or themselves. | No | Detention has remained at capacity, and they are releasing youth based on that capacity and not based on whether they are prepared to re-enter the community with the proper structure or supervision in the community. | personal experience | There is not an average wait time, but the answer is always be prepared to wait. | personal experience | not sure | Usually at least 2 weeks before services can be accepted and then scheduling appointments and things of that nature follow. | personal experience | not sure | With the magic wand I would want to eliminate the urge to commit crime within human nature. Assuming that is against the rules, $5 million is really not game changing money. But I would allocate a sizable portion of that money to detention operations so that more beds can be occupied. Another portion of money would be allocated to substance use treatment to save the lives of youth that regularly consuming substances that threaten their lives. I would also allocate a portion of money to a fund just for transportation. A lot of youth do not have access to reliable transportation to get to and from services, some funding specifically set aside for this particular issue would greatly benefit the community. |

# SB21-071 Youth Family Gap Survey (Responses).xlsx

| Timestamp | Judicial District | County | Please select your area of professional representation. |
|---|---|---|---|
| 6/6/2022 10:43:51 | 17th JD: Adams and Broomfield Counties | Adams County | County Department of Human Services |
| 6/6/2022 11:44:23 | 3rd JD: Huerfano and Las Animas Counties | Huerfano County | County Department of Human Services |
| 6/6/2022 12:01:50 | 17th JD: Adams and Broomfield Counties | City and County of Broomfield | Collaborative Management Program (CMP) |
| 6/6/2022 13:52:22 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Colorado Youth Detention Continuum (CYDC) |
| 6/6/2022 14:36:09 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Colorado Youth Detention Continuum (CYDC) |
| 6/6/2022 14:55:43 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Colorado Youth Detention Continuum (CYDC) |
| 6/6/2022 15:19:27 | 21st JD: Mesa County | Mesa County | Public Defender |
| 6/7/2022 8:27:46 | 2nd JD: Denver County | City and County of Denver | Judicial |
| 6/7/2022 9:40:53 | 2nd JD: Denver County | City and County of Denver | Diversion |
| 6/7/2022 9:42:53 | 16th JD: Bent, Crowley, and Otero Counties | Crowley County | County Department of Human Services |
| 6/7/2022 9:44:46 | 2nd JD: Denver County | City and County of Denver | Municipal Law Enforcment |
| 6/7/2022 13:13:08 | 10th JD: Pueblo County | Pueblo County | Colorado Youth Detention Continuum (CYDC) |
| 6/7/2022 13:23:52 | 22nd JD: Dolores and Montezuma Counties | Montezuma County | Probation |
| 6/7/2022 13:54:56 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Morgan County | Probation |
| 6/7/2022 14:51:27 | 8th JD: Jackson and Larimer Counties | Larimer County | County Department of Human Services |
| 6/7/2022 16:15:39 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | County Department of Human Services |
| 6/7/2022 17:06:54 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Arapahoe County | County Department of Human Services |
| 6/7/2022 17:46:34 | 19th JD: Weld County | Weld County | Guardian Ad Litem (GAL) |
| 6/8/2022 6:36:24 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Arapahoe County | County Department of Human Services |
| 6/8/2022 7:17:25 | 20th JD: Boulder County | Boulder County | Judicial |
| 6/8/2022 7:33:25 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Arapahoe County | County Department of Human Services |
| 6/8/2022 8:54:32 | 14th JD: Grand, Moffat, and Routt Counties | Grand County | Probation |
| 6/8/2022 9:24:16 | 22nd JD: Dolores and Montezuma Counties | Montezuma County | Probation |
| 6/8/2022 10:22:52 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Arapahoe County | Colorado Youth Detention Continuum (CYDC) |
| 6/9/2022 9:47:30 | 2nd JD: Denver County | City and County of Denver | Guardian Ad Litem (GAL) |
| 6/9/2022 11:37:32 | 6th JD: Archuleta, La Plata, San Juan Counties | La Plata County | Probation |
| 6/9/2022 13:27:02 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Gunnison County | Guardian Ad Litem (GAL) |
| 6/9/2022 15:25:28 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Arapahoe County | County Department of Human Services |
| 6/9/2022 16:12:16 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Douglas County | County Department of Human Services |
| 6/9/2022 16:56:12 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Douglas County | County Department of Human Services |
| 6/9/2022 17:01:31 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Douglas County | County Department of Human Services |
| 6/10/2022 9:38:50 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Arapahoe County | County Department of Human Services |
| 6/10/2022 9:55:19 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Elbert County | County Department of Human Services |
| 6/10/2022 10:20:37 | 21st JD: Mesa County | Mesa County | County Department of Human Services |

SB21-071 Youth Family Gap Survey (Responses).xlsx

| Timestamp | Judicial District | County | Please select your area of professional representation. | What is your Judicial District's definition of a Crossover Youth? | What are the alternative youth placements within your Judicial District and/or County? E.g. Qualified Residential Treatment Programs (QRTP), Psychiatric Residential Treatment Facility (PRTF), Residential Child Care Facility (RCCF), Shelter, and Group Homes (please be specific as possible). |
|---|---|---|---|---|---|
| 6/10/2022 10:28:35 | 21st JD: Mesa County | Mesa County | Diversion | Youth involved in the JJ system that have had an open DHS case or previously had an open DHS case. Case could be voluntary and/or court ordered. | RCCF-Residential Child Care Facility, Shelter(s), Group Home(s), Substance Abuse Treatment Facility, Mental Health Treatment Facility, Family, Education |
| 6/10/2022 10:32:18 | 6th JD: Archuleta, La Plata, San Juan Counties | La Plata County | Colorado Youth Detention Continuum (CYDC) | Youth involved in both the child welfare and juvenile justice systems | Family |
| 6/10/2022 10:37:17 | 21st JD: Mesa County | Mesa County | Service Provider | Youth involved in both the Child Welfare and Juvenile Justice systems. | Group Home(s), Mental Health Treatment Facility, Family |
| 6/10/2022 10:41:15 | 2nd JD: Denver County | City and County of Denver | Collaborative Management Program (CMP) | Youth involved in both juvenile justice and child welfare agencies | QRTP-Qualified Residential Treatment Program, Family |
| 6/10/2022 11:19:48 | 6th JD: Archuleta, La Plata, San Juan Counties | La Plata County | County Department of Human Services | A youth that is involved in the pretrial system and Child Welfare | Family, Foster Homes and Therapeutic Foster Homes |
| 6/10/2022 11:33:27 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Municipal Law Enforcment | do not know | unknown |
| 6/10/2022 11:53:07 | 9th JD: Garfield, Pitkin, and Rio Blanco Counties | Garfield County | County Department of Human Services | •A past open case and/or an current open assessment and or CASE plan with a family (Department had a referral and did an assessment and determined if court involved or needing a case plan or determines to open an assessment) •Where any child has had a past assessment for child sex trafficking. •Reverse crossover where a juvenile is involved in child welfare and then gets involved in juvenile justice system or has a history in the juvenile justice system. | Family |
| 6/10/2022 11:54:06 | 22nd JD: Dolores and Montezuma Counties | Montezuma County | Community Based-Service Provider | Youth involved with JJ and history or current CW involvement. | Family, None- if any a family member |
| 6/10/2022 11:58:31 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Judicial Officer | The populations of youth the 1st JD will focus on in the initial implementation of the Crossover Youth Practice Model are, 1. Youth who have a current child welfare case and commit a new district level offense after July 1, 2019. 2. Youth who in the past three years have had a history of being involved in the child welfare system and commit a new district level offense after July 1, 2019. 3. Exclusions include, a. Youth charged with a sexual offense. b. Youth ages 10 through 12. These youth will be served through the Youngers program. c. Youth committed to the Department of Youth Services. | RCCF-Residential Child Care Facility, QRTP-Qualified Residential Treatment Program, Substance Abuse Treatment Facility, Mental Health Treatment Facility, Family |
| 6/10/2022 12:16:17 | 8th JD: Jackson and Larimer Counties | Larimer County | Diversion | Youth involved with both child welfare and juvenile justice | Non-profit community services providing education, mentoring, case management, and coaching. |
| 6/10/2022 12:26:20 | 14th JD: Grand, Moffat, and Routt Counties | Grand County | Colorado Youth Detention Continuum (CYDC) | A youth that has a JJ case and a DHS case at some point in time | Family |
| 6/10/2022 13:11:35 | 21st JD: Mesa County | Mesa County | County Department of Human Services | A youth that has been dually involved with at least one of the following criteria met: A previous founded finding on the alleged victim, an open case, or prior removal. | QRTP-Qualified Residential Treatment Program, Group Home(s), Family |
| 6/10/2022 13:49:13 | 5th JD: Clear Creek, Eagle, Lake and Summit Counties | Clear Creek County | Probation | Youth who are involved with the courts and DHS | We do not have do not have placement services in our district |
| 6/10/2022 14:50:29 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Logan County | Probation | Youth with multiagency involvement | Family |
| 6/10/2022 14:59:06 | 6th JD: Archuleta, La Plata, San Juan Counties | La Plata County | County Department of Human Services | Youth involved with the juvenile justice system and either child welfare or mental health | Family, Foster care |
| 6/10/2022 15:00:02 | 14th JD: Grand, Moffat, and Routt Counties | Grand County | County Department of Human Services | A youth involved in both SB 94 and human services- child welfare | Family |
| 6/10/2022 15:06:05 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Logan County | Probation | Youth involved in multiple agencies. | none known |
| 6/10/2022 15:12:15 | 6th JD: Archuleta, La Plata, San Juan Counties | La Plata County | Colorado Youth Detention Continuum (CYDC) | Youth currently with open judicial and DHS cases. | Group Home(s), Family |
| 6/10/2022 15:21:36 | 17th JD: Adams and Broomfield Counties | Adams County | Probation | Any youth that is or has been involved in one or more systems (both the child welfare and juvenile justice systems); a youth with an open case and/or case history with DHS and a delinquency, truancy or municipal case. | RCCF-Residential Child Care Facility, QRTP-Qualified Residential Treatment Program, Shelter(s), Group Home(s), Family |
| 6/10/2022 15:27:33 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Delta County | County Department of Human Services | Any youth, ages 10 through 17, who are currently involved in the Juvenile Justice System and the Child Welfare System or have a history in the Child Welfare System that includes, but not limited to, a family assessment response service plan or an open case . | QRTP-Qualified Residential Treatment Program, Family |
| 6/10/2022 16:07:43 | 8th JD: Jackson and Larimer Counties | Larimer County | Diversion | children who are served by DHS or the foster system | QRTP-Qualified Residential Treatment Program |
| 6/11/2022 15:33:20 | 4th JD: El Paso and Teller Counties | El Paso County | Advocacy Group | from minor to adult | RCCF-Residential Child Care Facility, Shelter(s), Group Home(s) |
| 6/11/2022 17:21:18 | 21st JD: Mesa County | Mesa County | Colorado Youth Detention Continuum (CYDC) | youth who are currently involved in the juvenile justice system and the child welfare system or have history in the child welfare system that includes but is not limited to a family assessment response service plan or an open case; and any prior founded findings of abuse or neglect | QRTP-Qualified Residential Treatment Program, Shelter(s), Group Home(s), Mental Health Treatment Facility, Family |
| 6/12/2022 6:35:30 | 8th JD: Jackson and Larimer Counties | Larimer County | Municipal Law Enforcment | Youth receiving services both the criminal justice field and welfare field | PRTF-Psychiatric Residential Treatment Facility, Mental Health Treatment Facility, Family |
| 6/12/2022 22:09:51 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Logan County | Colorado Youth Detention Continuum (CYDC) | Children who are involved in service with multiple agencies. Such as DHS and CYDC. | Family |
| 6/13/2022 7:23:19 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Logan County | Probation | Youth involved with multiple agencies with a goal of intensive services to keep them in the community. | Mental Health Treatment Facility, Family, Education |
| 6/13/2022 8:37:08 | 8th JD: Jackson and Larimer Counties | Larimer County | Diversion | Youth who have involvement in both the Child Welfare System & the Juvenile Justice System. | QRTP-Qualified Residential Treatment Program, Group Home(s), Substance Abuse Treatment Facility, Mental Health Treatment Facility, Family |
| 6/13/2022 9:06:57 | 22nd JD: Dolores and Montezuma Counties | Montezuma County | Juvenile Services Plan Committee (JSPC) | Juveniles who are involved with several entities; legal, social services, treatment, etc. | Shelter(s) |
| 6/13/2022 9:32:51 | 4th JD: El Paso and Teller Counties | El Paso County | Community Based-Service Provider | unknown and willing to learn | RCCF-Residential Child Care Facility, QRTP-Qualified Residential Treatment Program, PRTF-Psychiatric Residential Treatment Facility, Group Home(s), Substance Abuse Treatment Facility, Mental Health Treatment Facility, Family, Education |
| 6/13/2022 9:50:50 | 14th JD: Grand, Moffat, and Routt Counties | Grand County | Collaborative Management Program (CMP) | Youth who are being served by both SB94 and HB1451 and/or youth who are being served by both HB1451 and child welfare and/or youth who are being served by both SB94 and child welfare. | Family, Education, Grand County does not have any of the above placement facilities in county. |
| 6/13/2022 9:57:39 | 9th JD: Garfield, Pitkin, and Rio Blanco Counties | | Guardian Ad Litem (GAL) | I'm not sure we have an "official" one but we've used teens who have cases in both JD and JV courts | Family, Foster homes |
| 6/13/2022 10:24:05 | 1st JD: Gilpin & Jefferson Counties | Gilpin County | County Department of Human Services | A youth involved in the child welfare system and the judicial system | RCCF-Residential Child Care Facility, QRTP-Qualified Residential Treatment Program, Shelter(s), Substance Abuse Treatment Facility, Mental Health Treatment Facility, Family |
| 6/13/2022 10:28:44 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Morgan County | Colorado Youth Detention Continuum (CYDC) | In Morgan County, Crossover Youth is defined as youth currently involved in both the JD system and DHS (open assessment and/or open case). | QRTP-Qualified Residential Treatment Program, Family |
| 6/13/2022 10:35:41 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Douglas County | County Department of Human Services | Youth who are involved in both child welfare and juvenile justice | QRTP-Qualified Residential Treatment Program, PRTF-Psychiatric Residential Treatment Facility, Family |
| 6/13/2022 11:25:22 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Municipal Law Enforcment | A youth who is involved in juvenile justice and social services | RCCF-Residential Child Care Facility, PRTF-Psychiatric Residential Treatment Facility, Substance Abuse Treatment Facility, Mental Health Treatment Facility |
| 6/13/2022 11:26:56 | 12th JD: Alamosa, Conejos, Costilla, Mineral, Rio Grande, and Saguache Counties | Alamosa County | Judicial Officer | Children with dependency filings with present or previous significant involvement with social services. | Group Home(s), Family, Education, Outpatient substance abuse treatment |
| 6/13/2022 12:09:20 | 4th JD: El Paso and Teller Counties | El Paso County | Colorado Youth Detention Continuum (CYDC) | A youth that is involved in DHS and another system | Substance Abuse Treatment Facility, Mental Health Treatment Facility |
| 6/13/2022 12:11:24 | 8th JD: Jackson and Larimer Counties | Larimer County | Colorado Youth Detention Continuum (CYDC) | Youth with cases in JD and D&N court. | QRTP-Qualified Residential Treatment Program, Substance Abuse Treatment Facility, Mental Health Treatment Facility |
| 6/13/2022 13:01:05 | 20th JD: Boulder County | Boulder County | Colorado Youth Detention Continuum (CYDC) | Youth who are involved in the Juvenile Justice System who have a past or current history of DHHS involvement. | RCCF-Residential Child Care Facility, QRTP-Qualified Residential Treatment Program, Shelter(s), Group Home(s), Family, Education |
| 6/13/2022 13:32:09 | 4th JD: El Paso and Teller Counties | El Paso County | County Department of Human Services | youth that is dually involved in juvenile justice and child welfare | RCCF-Residential Child Care Facility, QRTP-Qualified Residential Treatment Program, Family |

| Timestamp | Please list the names of the alternative youth placement programs within your Judicial District and/or County. For example, Third Way Center, Urban Peak, etc. | Do these alternative youth placements meet the needs of the youth and families within your Judicial District and/or County? | If no, please describe the alternative youth placement gaps within your Judicial District and/or County? | Do you have data available to support the gap/need(s)? | If you do have data, please list where the data exist to support the gap/need(s)? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | Who has access to this data? | What are the youth/family services provided by the above listed alternative placements within your Judicial District and/or County? | Do these youth/family services provided by the alternative placement meet your Judicial District and/or County needs? | If no, what are the service provision gaps present within the alternative placements for your Judicial District and/or County? | Does the data exist to support the gap needs? | If yes, where does the data exist to support the gap need? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | Who has access to this data? | Youth who are in the home but receiving county services with juvenile justice involvement, how are these youth services tracked? | What are the Community-Based Services for the youth/families within your Judicial District and/or County (choose all that apply)? | How do these Community-Based Services in your Judicial District and/or County meet the needs of your youth/families? | If the needs of your youth/families are not being met, how/what are the Community-Based Services gaps within your Judicial District and/or County? | Does the data exist to support the gap needs? | If yes, where does the data exist to support the gap needs? E.g. in Trails, Savio Management Group (SMG), separately held database (please be as specific as possible). | Who has access to this data? | Describe your Juvenile Justice Continuum. | What do you need within your Juvenile Justice Continuum to fully serve your youth/families? | What are the gaps within your Juvenile Justice Continuum? | If you identified gaps within your Juvenile Justice Continuum, what/where are they? | Does data exist to supports these gaps within your Juvenile Justice Continuum? | Where does the data exist to support the gaps within your Juvenile Justice Continuum? E.g. in Trails, Savio Management Group (SMG), separately held database (please be as specific as possible). | Who has access to this Juvenile Justice Continuum data ? | What would your fully formed, comprehensive, developed Juvenile Justice Continuum look like? Please describe in detail. | Is the detention bed capacity sufficient for your Judicial District, County, CYDC or Court? | If you answered no or unknown to the above detention bed capacity, please describe why not. | Please explain what data you have that supports your above answer. | For the detained youth/family within your Judicial District and/or County, describe the waitlist for placement. Is it for a particular program or service (if yes, please list). Is the average wait time per youth known? | What data do you have that supports the extended waitlist(s)? | If you have data, where does the data exist that supports your youth/family waitlists for alternative placement? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | For the detained youth/families within your Judicial District and/or County, describe the waitlist for Community-Based Services. Is the average wait time per youth known? | What data do you have that supports the waitlists for services mentioned in the above question? | Where does the data exist that supports your youth/family waitlists for Community-Based Services? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | If you had a magic wand and funding was not an issue, what would you recommend to address the concerns or barriers you presented within your survey responses? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/10/2022 10:28:35 | Daisy Center, West Springs Hospital, Minds Springs Health, Blue River Group Home, Family Foster Homes, 3 CPA's, Summit Day Treatment, Voluntary Expulsion Program, Karis The House (teen shelter), Homeward Bound, Pathways (Housing and Youth Substance Use Ed program) | No | We need more therapeutic foster homes for high risk adolescents. | No | | | SAA | Unknown | | Unknown | | | If youth are in Juv Diversion we track services through the Diversion Module and through the grant funding reporting is not on Medicaid. | Mental Health, Substance Use/Abuse, Offense Specific Assessments, Gender Specific, Mentorship, Education, WRAP (Wraparound), RJ (Restorative Justice) | Mesa County utilizes a collaborative effort model to engage youth & families to create sustainable changes through multiple community based services. | The only gaps would be a struggle to collaborate timely due to confidentiality and youth/families not being willing to engage in services and support. | No | | | We have a continuum through multiple agencies. MCDHS has a prevention, assessment, permanency, adoption and emancipation teams that provide services to youth and families all along the spectrum. We have FAP & KNEX to assist with providing services and funding for services. Juvenile Diversion is expanding to partner with D51 to review truancy data in elementary schools to engage provide children & families in accepting support and resources to create sustainable change. In addition, Juvenile Diversion is partnered with CMU to provide Work Study Mentors for children/youth in Diversion. Juv Diversion is partnered with Partners to provide classes, restitution work crews, mentoring and pro-social activities to youth in Diversion. | ? | ? | | | | | It would build on the foundation we already have but expand to focus on prevention - more community involvement BEFORE families are in crisis. Increase in visibility to families so they know there are services and support for them w/o judgement or fear of retribution. | Unknown | Reducing the detention bed count has forced community partners to be more pro-active regarding services for families and to collaborate even more. However, it may have also led to LE charging juvenile less often and there may be some youth/families we could have intervened with earlier. It may have also put a greater strain on families, already in crisis, when youth were able to be held for harm to self or others was changed to harm to other. I am not for Detention or Commitment being utilized to keep youth safe from themselves for long periods of time. But there are cases where it would be beneficial to have secure psychiatric beds for youth who meet a criteria of harm to self. | I did not look up any data. This is just from my experience working with youth and families. | ?? | ?? | | ?? | ?? | ?? | Well - Grand Mesa Youth Services would be expanded to have a separate building for psychiatric needs, detention and commitment. MCDHS - would be more visible in the community as a prevention model rather than a reactive punitive model - DA' Office/Juvenile Diversion would spend most efforts on prevention with an additional focus on future thinking through mentors to help youth see they can have future. |
| 6/10/2022 10:32:18 | We have no alternative placement programs in our district. At times an agency called Oaktree can pay for motels or help homeless youth find housing. DHS can help with foster care, but foster homes in our district are very limited. | No | Gaps in funding and gaps in sustainability. | Unknown | | | DHS provides CORE services to youth and their families and MST. Axis Health Systems can provide individual mental heath treatment and substance use counseling. | No | | Unknown | | | I assume in TRAILS by DHS | Mental Health, Substance Use/Abuse, Offense Specific Assessments, MST (Multisystemic Therapy), Mentorship, Education, RJ (Restorative Justice), Employment | Agencies within the community work to address needs of the youth and the community. We have many small agencies that address issues like education and employment. MST is widely utilized for at risk youth and family cases. | Day treatment has been identified as a gap in our community for years. | Unknown | | | We have detention and home supervision. | We have a long way to go before we can fully serve our youth and families but, shelter care would be a start. | see above | | Yes | TRAILS | | Having access to all levels in the continuum and | No | Because our district only has 2 beds we go through periods of time that high risk youth fill the beds for several months at a time leaving us with little or sometimes no options for placing additional youth at risk in detention. | CYDC emergency release and override data. | Youth in our district are rarely ever placed so we do not have much information to provide on that subject. | unknown | | It depends on the service, but if a youth is in the community, or in detention but waiting to be released with services in place, we are generally able to work with our local providers to get services in place quickly. | I suppose TRAILS data could help support that information. | | A facility that was designed for day treatment and shelter care. |
| 6/10/2022 10:37:17 | Blue River Group Home, Daisy Center, Sprite House | Unknown | | No | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/10/2022 10:41:15 | Griffith Center, Third Way, and Shiloh | No | There needs to be more inpatient substance use treatment providers | Unknown | N/A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/10/2022 11:19:48 | None | No | La Plata County has no facilities close to this area. The closest is 4 hours away. | Yes | Trails | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/10/2022 11:33:27 | unknown | Unknown | | No | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

SB21-071 Youth Family Gap Survey (Responses).xlsx

| Timestamp | Judicial District | County | Please select your area of professional representation. | What is your Judicial District's definition of a Crossover Youth? |
|---|---|---|---|---|
| 6/13/2022 14:01:45 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Arapahoe County | Advocacy Group | Youth who are involved in more than one system, to include child welfare, juvenile delinquency, and truancy. |
| 6/13/2022 15:14:19 | 6th JD: Archuleta, La Plata, San Juan Counties | La Plata County | Community Based-Service Provider | "crossover youth," move between the child welfare and juvenile justice systems, or are known to both concurrently. |
| 6/13/2022 15:40:16 | 20th JD: Boulder County | Boulder County | Public Defender | unknown |
| 6/13/2022 16:25:46 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Washington County | Collaborative Management Program (CMP) | I have requested this and have never received it, so I don't actually know. |
| 6/13/2022 16:33:01 | 11th JD: Chaffee, Custer, Fremont, and Park Counties | Fremont County | County Department of Human Services | A cross over youth is a youth involved in a delinquency court, who also has involvement with the Department of Human Services and/or across multiple systems including truancy, Mental Health and Drug and Alcohol Abuse. |
| 6/13/2022 16:43:09 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Service Provider | A child involved in both the juvenile justice and the child welfare systems |
| 6/13/2022 17:41:55 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Kit Carson County | Colorado Youth Detention Continuum (CYDC) | Working with DHS regarding a juvenile that is also involved with CYDC |
| 6/13/2022 19:05:35 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Douglas County | Colorado Youth Detention Continuum (CYDC) | Any youth who has involvement with both the Department of Human Services and the juvenile justice system. |
| 6/13/2022 23:31:37 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | | Advocacy Group | A youth that is involved in more than one system of care |
| 6/14/2022 6:58:03 | 2nd JD: Denver County | City and County of Denver | County Department of Human Services | Youth who have an open child welfare case and subsequently are arrested and enter the delinquency system |
| 6/14/2022 8:27:27 | 2nd JD: Denver County | City and County of Denver | Other | I have no idea |
| 6/14/2022 8:49:28 | 2nd JD: Denver County | City and County of Denver | Probation | Youth who have an open case (voluntary, Dependency/Neglect, through delinquency) with Denver Department of Human Services (DDHS) or a prior DHS assessment, as well as having been charged with a delinquency case at the District level1. |
| 6/14/2022 9:35:52 | 2nd JD: Denver County | City and County of Denver | County Department of Human Services | from youth to adult |
| 6/14/2022 9:37:09 | 2nd JD: Denver County | City and County of Denver | Judicial Officer | Youth involved in both the child welfare and juvenile justice systems |
| 6/14/2022 9:46:09 | 2nd JD: Denver County | City and County of Denver | County Department of Human Services | A youth who is both working in the child welfare and JD system at the same time or moving between systems. |
| 6/14/2022 9:51:53 | 21st JD: Mesa County | Mesa County | District Attorney | Child in the JD system with a prior DHS case |
| 6/14/2022 9:53:57 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Arapahoe County | Collaborative Management Program (CMP) | youth dually involved in both the child welfare and juvenile justice systems |
| 6/14/2022 11:55:19 | 2nd JD: Denver County | City and County of Denver | Guardian Ad Litem (GAL) | unknown |
| 6/14/2022 12:04:00 | 2nd JD: Denver County | City and County of Denver | County Department of Human Services | youth that have an open DN and JD case |
| 6/14/2022 19:55:01 | 2nd JD: Denver County | City and County of Denver | County Department of Human Services | A crossover youth is a youth that is involved with JD cases as well as CW cases |
| 6/14/2022 20:26:39 | 4th JD: El Paso and Teller Counties | El Paso County | Colorado Youth Detention Continuum (CYDC) | Youth who start in the juvenile justice system and then get involved in DHS system. |
| 6/14/2022 20:49:35 | 9th JD: Garfield, Pitkin, and Rio Blanco Counties | Garfield County | Other | A child who has a criminal case who has had or currently has DHS involvement. |
| 6/14/2022 21:57:44 | 8th JD: Jackson and Larimer Counties | Larimer County | Colorado Youth Detention Continuum (CYDC) | A youth that has an open case in the JD system and an open case in the D&N. |
| 6/15/2022 12:21:24 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Douglas County | County Department of Human Services | Crossover youth are those involved both in the delinquency system and the child welfare system. |
| 6/15/2022 14:24:08 | 20th JD: Boulder County | Boulder County | Education | I'm not sure, however I understand the term to mean youth involved in both the child welfare and juvenile justice system. |
| 6/16/2022 13:57:37 | 17th JD: Adams and Broomfield Counties | Adams County | Colorado Youth Detention Continuum (CYDC) | Unknown |
| 6/16/2022 14:29:59 | 4th JD: El Paso and Teller Counties | El Paso County | Division of Youth Services | Youth who are served by DHS & Probation & CYDC. Occasionally youth who are committed and crossing back to DHS and/or probation |
| 6/16/2022 14:32:44 | Unknown | Unknown | Colorado Youth Detention Continuum (CYDC) | A youth with a JD and JV case, or involvement in JJ and also with DHS. |
| 6/16/2022 15:04:15 | 16th JD: Bent, Crowley, and Otero Counties | Otero County | Service Provider | from arrest status to DHS / Family / placement |
| 6/16/2022 15:27:31 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Gunnison County | Municipal Law Enforcment | unknown |
| 6/16/2022 18:04:46 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Delta County | Community Based-Service Provider | Unknown |
| 6/16/2022 19:11:12 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Delta County | Service Provider | I don't know |
| 6/17/2022 8:24:43 | 19th JD: Weld County | Weld County | County Department of Human Services | Cross over youth in Weld County is a youth who has open D/N and open Delinquency case. |
| 6/17/2022 10:31:09 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Delta County | Community Based-Service Provider | youth involved in both the child welfare and juvenile justice systems. In short, they have experienced maltreatment (resulting in their child welfare involvement)and have engaged in delinquency, bringing them to the attention of the juvenile justice system. |
| 6/17/2022 11:32:16 | 21st JD: Mesa County | Mesa County | County Department of Human Services | A youth that is involved in both child welfare and the justice system |
| 6/17/2022 12:04:35 | 21st JD: Mesa County | Mesa County | County Department of Human Services | youth involved in both the child welfare and juvenile justice systems |
| 6/17/2022 12:33:23 | 21st JD: Mesa County | Mesa County | County Department of Human Services | child in both child welfare and in court system JD |
| 6/17/2022 12:57:16 | 21st JD: Mesa County | Mesa County | County Department of Human Services | Youth that have involvement in the JD system as well as the D & N system |
| 6/17/2022 16:54:56 | 21st JD: Mesa County | Mesa County | Division of Youth Services | The target population in Mesa County is as follows: Youth who are currently involved in the juvenile justice system and the child welfare system or have history in the child welfare system that includes but is not limited to a family assessment response service plan or an open case |
| 6/17/2022 20:20:41 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Delta County | Behavioral Health Administration (BHA) | unknown |

SB21-071 Youth Family Gap Survey (Responses).xlsx

| Timestamp | Judicial District | County | Please select your area of professional representation. | What is your Judicial District's definition of a Crossover Youth? | What are the alternative youth placements within your Judicial District and/or County? E.g. Qualified Residential Treatment Programs (QRTP), Psychiatric Residential Treatment Facility (PRTF), Residential Child Care Facility (RCCF), Shelter, and Group Homes (please be specific as possible). | Please list the names of the alternative youth placement programs within your Judicial District and/or County. For example, Third Way Center, Urban Peak, etc. | Do these alternative youth placements meet the needs of the youth and families within your Judicial District and/or County? | If no, please describe the alternative youth placement gaps within your Judicial District and/or County? | Do you have data available to support the gap/need (s)? | If you do have data, please list where the data exist to support the gap/need(s)? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | Who has access to this data? | What are the youth/family services provided by the above listed alternative placements within your Judicial District and/or County? | Do these youth/family services provided by the alternative placement meet your Judicial District and/or County needs? | If no, what are the service provision gaps present within the alternative placements for your Judicial District and/or County? | Does the data exist to support the gap needs? | If yes, where does the data exist to support the gap need? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | Who has access to this data? | Youth who are in the home but receiving county services with juvenile justice involvement, how are these youth services tracked? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/19/2022 21:59:49 | 9th JD: Garfield, Pitkin, and Rio Blanco Counties | Garfield County | Collaborative Management Program (CMP) | maltreated youth who have engaged in delinquency | QRTP-Qualified Residential Treatment Program, Family | Unsure | No | | Yes | Our CYDC coordinator holds that data | Airen Goodman at Youthzone, CYDC coordinator | Family Resource Centers, CMP, Youthzone, DHS, DYS | No | | Unknown | | | |
| 6/20/2022 11:25:08 | 2nd JD: Denver County | City and County of Denver | County Department of Human Services | unsure | QRTP-Qualified Residential Treatment Program, Family | unsure | No | We need a place to send kids with violent tendencies that don't have mental health qualifications for QRTP | Unknown | | | unknown | Unknown | | Unknown | | | |
| 6/20/2022 12:05:46 | 2nd JD: Denver County | City and County of Denver | County Department of Human Services | Youth involved with multiple systems; child welfare, probation, diversion, etc | QRTP-Qualified Residential Treatment Program, Shelter(s), Group Home(s), Family | Third Way, Shiloh, Urban Peak, | Yes | | No | | | therapy, family services | Unknown | | Unknown | | | |
| 6/20/2022 13:48:56 | 6th JD: Archuleta, La Plata, San Juan Counties | Archuleta County | County Department of Human Services | Children and youth who are known to both the child welfare and juvenile justice systems. | We currently do not alternative youth placements | N/A | No | There are currently no alternative youth placements | No | N/A | N/A | N/A | No | There are no alternative placements | No | N/A | N/A | I am unaware how they are tracked. |
| 6/21/2022 9:01:27 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Delta County | Probation | I am not sure. | Group Home(s) | Gateway Youth Ranch | Yes | | Unknown | | Unsure | I assume mental health (family, individual and groups) | Unknown | | Unknown | | | |
| 6/21/2022 9:22:42 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Delta County | Probation | unknown | unknown, I do not work with children | unknown | Unknown | | Unknown | I do not work with children | unknown | unknown | Unknown | unknown | Unknown | unknow | unknown | unknown |
| 6/21/2022 11:55:18 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Delta County | Probation | Youth who are involved in multiple areas of the state system - judicial and dhhs | Family | Gateway is the only facility (boys) | No | No places in our area | No | | | I do not know of any except family | No | | Unknown | | | Maybe through Hilltop of DHHS |
| 6/21/2022 12:22:09 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Other | Someone who is involved with both the JD and JV courts. | RCCF-Residential Child Care Facility, QRTP-Qualified Residential Treatment Program, Group Home(s), Substance Abuse Treatment Facility | Third Way, Southern Peaks, Rise Group Home, A better Way Group home, Shiloh House, Devereux | No | There is not a level of care for kids who cannot be in the home due to protection orders and sexual offenses but do not require a super high level of supervision or treatment like a QRTP. i.e. group homes | Unknown | | | offense specific therapy, family therapy, supervision, med management, psych care | No | There are not enough placements | Unknown | | | ? |
| 6/21/2022 12:39:29 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Logan County | Diversion | A dually identified crossover youth is a youth involved in both the juvenile justice system and the child welfare system. | Family | none | No | we have no local placement facilities | Unknown | This is not my area of expertise, but I do participate in many stakeholder committees where the needs are discussed, with no real solutions being presented. There is a severe lack of resources to create sustainable programs in our rural communities. | unknown | Youth placed with families, kinship placements, or in foster care are able to receive individual MH and/or SUD treatment services through the Logan County Dept. of Human Services, Centennial Mental Health Center, Advantage Treatment Center, New Pathways to Wellness and Recovery Counseling Center, Rhino Wellness Center, and a few other local private providers. Mentoring services are available through CMHC and New Pathways. Therapy groups and support groups are available through CMHC, New Pathways, and some local non-profit organizations. | No | In my experience, Centennial Mental Health has very long delays to begin services. New Pathways typically has a waiting list as well. Immediate and effective counseling services from providers who specialize in youth and families is needed in our rural communities - especially in Washington, Yuma, Kit Carson, Sedgwick, and Phillips counties. | Unknown | unknow | unknown | Services received during the time of program involvement with Youth Diversion is documented in case management notes, as well as during the intake/screening process. Other agencies including CYDC, Probation, and local law enforcement agencies have internal processes for documenting this information, but I do not have direct knowledge about their systems. |
| 6/21/2022 12:46:03 | 7th JD: Delta, Gunnison, and Hinsdale Counties | San Miguel County | Colorado Youth Detention Continuum (CYDC) | Youth who have been given interventions through social services in the past and are currently involved with the court system. | Substance Abuse Treatment Facility, Family, Education | Youth Recovery Center (Substance use) | No | We have used group homes in the past that have been successful, but Social Services no longer uses them and they have shut down. | No | | | Substance Use | No | No foster care or group homes available. | No | | | Juvenile Diversion |
| 6/21/2022 12:50:07 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Kit Carson County | Collaborative Management Program (CMP) | I do not know. | Mental Health Treatment Facility, Family, Education | Centennial Mental Health, First Step, Diversion | No | Shelter, residential, intensive | Unknown | We might. We have CMP data which shows and increased need. | Myself | individual, group | No | Change over in staff, openings, intensiveness | Unknown | | | through probation and at times through CMP |
| 6/21/2022 13:04:45 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Probation | A youth that is involved with DHS in a D&N previous or current and charged in a JD case. | Group Home(s), Mental Health Treatment Facility, Most of our youth seem to be placed outside of Jeffco with the exception of Shilo. | Shilo | No | There is a significant lack of placements within the county. Youth placed have to be bused in for school, sometimes over 1 hour. It is difficult for families to have visits due to the placements as well. There is a significant gap statewide in mental health and extensive substance use treatment. The severity of use and need for treatment well surpasses the one agency, located in Glenwood Springs that can service the youth. | Unknown | Trails, possibly JPOD with Judicial | DHS or probation | All placements with the exception of kin are out side of Jefferson County. Shilo does reside within unincorporated Jefferson County, but primarily focuses on sex offenders. Savio has a MST program as well as residential foster program. | No | As in above, more services around severe mental health and substance use. | Unknown | | DHS or possibly probation | Unknown - through collaboration and case management |
| 6/21/2022 13:08:30 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Other | JD youth with current child welfare case and pick up a new charge or JD youth with history of child welfare involvement in last 3 years. Excluding sex offenses, youth ages 10-12 and youth committed to DYS. | Family | QRTPs are being mistaken for placement programs when they are actually treatment facilities. | No | requests for containment of youth don't match child welfare placements related to txment | No | | | we have 100s of treatment options in our county | Unknown | services related to containing youth and addressing criminogenic behaviors | No | | | i don't know what this question means? |
| 6/21/2022 13:10:28 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Judicial Officer | youth with a JD and current or recent DHS involvement | RCCF-Residential Child Care Facility, QRTP-Qualified Residential Treatment Program, Group Home(s), Family | Third Way, Griffith Center, Turning Point (maybe not anymore), Shiloh, YRC | Unknown | | No | | | individual, group and family therapy; cognitive therapy; offense specific treatment; SUD treatment; day therapy | Unknown | | No | | | |
| 6/21/2022 15:21:21 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Probation | Defined as a youth with a DHS case within the last three years and received new criminal charges. | QRTP-Qualified Residential Treatment Program, Shelter(s), Substance Abuse Treatment Facility, Mental Health Treatment Facility, Family | Shilo, Jefferson Hills, ROP, Savio, Foster | No | Bed Space availability and the criteria for intake (ex. anger issues not accepted) | No | | Unknown | Residential, Family TX, Individual TX, Education | No | not enough focus on TX due to day to day high needs | No | | unknown | JAC |
| 6/21/2022 16:28:18 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Probation | A juvenile that has both DHS and delinquency involvement in courts. | RCCF-Residential Child Care Facility, QRTP-Qualified Residential Treatment Program, PRTF-Psychiatric Residential Treatment Facility, Shelter(s), Group Home(s), Substance Abuse Treatment Facility, Family, Education | YRC, Shiloh House, Third Way, Savio, Highlands Behavioral Health, Urban Peak, Southern Peaks | No | They would meet the need if space was available. 3 month wait at times. | No | | | Mental Health, dual diagnosis, offense specific | No | Availability | No | | | In my niche, by the probation officer. |
| 6/21/2022 16:51:44 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Probation | Youth that are involved in child welfare and juvenile justice systems. | QRTP-Qualified Residential Treatment Program, Group Home(s), Family, Kinship | Devereux and Jefferson Hills. | No | Some Juveniles require a locked facility and currently there are no locked residential facilities available within or outside the county which results in the need for Detention. | No | | | Day treatment and residential. | No | There are not many facilities available in the county. Some kids do not get accepted and have to look at out of county facilities for treatment. Most facilities have long waitlists. | Unknown | | | |
| 6/21/2022 16:54:28 | 20th JD: Boulder County | Boulder County | Colorado Youth Detention Continuum (CYDC) | A youth with a child welfare history and new or concurrent involvement in the juvenile justice system. | QRTP-Qualified Residential Treatment Program, Shelter(s), Mental Health Treatment Facility, Family | Attention Homes Chase House and The Source shelter, Centennial Peaks Hospital | No | Treatment Foster Care, PRTF, Group Home | Unknown | Trails if it can create a usable report, ICM, possibly our HHSC system | County staff, state staff in Trails | Ind and family therapy, some life skills, medication mgmt/administration, pro-social, etc | Unknown | | Unknown | | | Trails, SMG, ETO, ICM |
| 6/21/2022 17:33:31 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Montrose County | Community Based-Service Provider | crossover youth is a youth involved in both the juvenile justice system and the child welfare system | RCCF-Residential Child Care Facility, Mental Health Treatment Facility | Hilltop, Gateway Residential Services, Grand Mesa Youth Services, Residential Youth Services, | Unknown | improved coordination of care and services between legal silo and foster system silo | Unknown | improved coordination of care and services between legal silo and foster system silo | | transitional housing, skills training and coaching for life skills to adulthood, pregnancy prevention services, smoking cessation, counseling, medication management | Unknown | improved coordination of care and services between legal silo and foster system silo | Unknown | | | not sure |
| 6/22/2022 7:21:07 | 13th JD: Kit Carson, Logan, Morgan, Phillips. Sedgwick, Washington, and Yuma Counties | Logan County | County Department of Human Services | unknown | Currently we do not have anything for struggling youth in our county | none | No | We always have to place youth outside of our county | Unknown | | unknown | Outside of our county | Unknown | Placing youth a long distance from there family or kinship. | Unknown | unknown | unknown | unknown |
| 6/22/2022 9:51:31 | 3rd JD: Huerfano and Las Animas Counties | Las Animas County | Juvenile Services Plan Committee (JSPC) | A youth identified in both the juvenile justice program and DHS programs | Family | unknown | No | need more facilities | Unknown | | | protective services, foster care, some mental health services, diversion, probation, | No | | Unknown | | | |
| 6/22/2022 9:56:20 | 21st JD: Mesa County | Mesa County | County Department of Human Services | A youth in the juvenile justice system who also has a history of founded abuse or neglect. | QRTP-Qualified Residential Treatment Program, PRTF-Psychiatric Residential Treatment Facility, Group Home(s) | Daisy Center, Blue River Center, Gateway Residential | No | We need more placement options for these youth | Unknown | | | Unk | No | Not enough services in our area to support these youth and families | Unknown | | | |
| 6/22/2022 10:03:42 | 3rd JD: Huerfano and Las Animas Counties | Huerfano County | Colorado Youth Detention Continuum (CYDC) | Youth that have or have had involvement with DHS and juvenile justice | Family | NA | No | We are a rural community and we have no alternative other than DSH taking custody of the youth. Even if referred to QRTP often the youth are not accepted into a placement due to behaviors. | Unknown | Trails | DHS possibly CYDC | none available | No | placement options other than family | Unknown | Trails | CYDC | If the youth is being supervised by CYDC all services are tracked in Trails |
| 6/22/2022 14:07:07 | 10th JD: Pueblo County | Pueblo County | County Department of Human Services | A youth who picks up a delinquency charge and has received services from DHS within the last three years is considered a crossover youth. If a youth picks up a delinquency charge and has not received services from DHS within the last three years, they are considered a reverse crossover. | Substance Abuse Treatment Facility, Mental Health Treatment Facility | There are no residential treatment centers or QRTP's in Pueblo County. There is one residential treatment facility in neighboring county Fremont county. | No | There are very limited placement resources in Pueblo County including Foster homes for youth. The closest residential facility is in Canon City which is about 45 minutes outside of Pueblo in Fremont county. | Unknown | I do not know where the data is kept | I do not know | The alternatives are home-based services and/or outpatient services. | No | Very limited placement resources in Pueblo, so when placement becomes necessary, the youth is most likely placed outside of Pueblo | Unknown | I'm sure there is data but I do not know where it is kept | I do not know | In trails |
| 6/22/2022 15:09:18 | 10th JD: Pueblo County | Pueblo County | Other | A youth who has obtained criminal charges and has been involved with DHS in the past | Group Home(s), Family | Pueblo County does not have a placement program within in our county. Youth have to be placed out of county. | Unknown | N/A | Unknown | N/A | N/A | N/A | Unknown | N/A | Unknown | N/A | N/A | Either CYDC, probation or DHS |
| 6/22/2022 15:25:44 | 3rd JD: Huerfano and Las Animas Counties | Las Animas County | Probation | Youth whom are involved with multiple agencies and/or systems. DHS/Courts | None | N/A | Unknown | We currently do not have any youth placement options in our district | Unknown | | | N/A | Unknown | | Unknown | | | |
| 6/22/2022 16:08:50 | 10th JD: Pueblo County | Pueblo County | Community Member | Young people that are involved in the court system and welfare | Group Home(s), Family | Unsure - Lack of knowledge | No | Pueblo is in need of substance recovery/treatment center for youth. | Yes | | CYDC | Unsure - lack of knowledge | No | | Unknown | | | |
| 6/23/2022 9:09:25 | 1st JD: Gilpin & Jefferson Counties | Jefferson County | Probation | Someone who has had DHS involvement at some point in their life. | Substance Abuse Treatment Facility, Mental Health Treatment Facility, Family | Jefferson Hills, Shiloh House | No | There are not enough placement options in Jefferson County. Most kids get placed in other counties that are 20 minutes to an hour away from Jefferson County. | No | | | There is nothing listed, but we use in-home therapy/treatment as a placement alternative if that is what this is asking. | Yes | | Unknown | | | |
| 6/23/2022 10:01:22 | 10th JD: Pueblo County | Pueblo County | Public Defender | Any youth involved in the JD system who also has an open case with DHS | Family | None | No | To my knowledge, there are no placement options within Pueblo County. When we send youth to placement, it is almost always in Denver or Springs. We have a significant need for adolescent detox/inpatient substance use treatment. | Unknown | | | None | No | No alternative placements | Unknown | | | |
| 6/23/2022 13:15:06 | 15th JD: Baca, Cheyenne, Kiowa, and Prowers Counties | Prowers County | County Department of Human Services | Dually Involved Crossover Youth definition: Youth who are currently involved in the Juvenile Justice System and the Child Welfare System or have a "history" in the child welfare system that includes, but is not limited to, A family assessment response service plan or an open case. | Family, Our community does not offer any other services locally. There are foster homes, however they are full. | None | No | Youth are placed outside of the community | Unknown | | | finding family is always first priority | Unknown | Youth often need more intensive substance and mental health services. | Unknown | | | Tracked through Trails if open case and through collaborative management |
| 6/23/2022 14:35:27 | 10th JD: Pueblo County | Pueblo County | Colorado Youth Detention Continuum (CYDC) | When a youth is already involved in DHS and crosses over into the JD system. | None | None | No | Lack of placements | Unknown | | state or local Coordinator | UNKNOWN | Unknown | | Unknown | | | DATA MANAGEMENT SYSTEM |
| 6/23/2022 15:38:29 | 18th JD: Arapahoe, Douglas, Elbert, and Lincoln Counties | Arapahoe County | Community Based-Service Provider | unknown | QRTP-Qualified Residential Treatment Program, Shelter(s), Group Home(s), Mental Health Treatment Facility, Family | Rise Home for Boys | Unknown | | No | | | Placement, mentoring | Unknown | | No | | | Staffings |
| 6/24/2022 11:57:08 | 2nd JD: Denver County | City and County of Denver | Colorado Youth Detention Continuum (CYDC) | Youth with an open DHS case or prior DHS assessment and charged with a District level delinquency case. | RCCF-Residential Child Care Facility, QRTP-Qualified Residential Treatment Program, Shelter(s) | Third Way, Urban Peak, Griffith Center, Shiloh | No | There are not enough beds, they are not able to address the high level of needs of the clients ie. severe substance use, severe criminal thinking and behavior, and mental health, they are not long enough programs. | No | | | Unknown | Unknown | Not able to address the high level of addiction or criminal behavior. | No | | | |
| 6/24/2022 13:47:50 | 20th JD: Boulder County | Boulder County | Other | I'm not sure I've heard anyone use this term. I think it's a youth who is involved in the juvenile justice system and the child welfare system. | PRTF-Psychiatric Residential Treatment Facility, Shelter(s), Group Home(s), Family | TGTHR, Shiloh House, HHS group homes | No | Not enough options | Unknown | | | mental health supports, housing, job training | Unknown | | Unknown | | | |
| 6/25/2022 9:59:28 | 10th JD: Pueblo County | Pueblo County | Education | i do not have an understanding of this term | Family, Currently Pueblo lacks any real treatment or help for older youth that are on the boarder line of getting into trouble but not enough trouble. We need more resources | as far as I know there is not really anything | No | We do not have enough | No | | | none | No | from first hand experience i have an older sister with two boys 15 and 17 they are not in enough trouble for her to receive any sort of help. they are now getting more involved with gang activity she has asked the school district and the pueblo police department for help and they tell her there is nothing they can do. | No | | | |

SB21-071 Youth Family Gap Survey (Responses).xlsx

| Timestamp | Judicial District | County | Please select your area of professional representation. | What is your Judicial District's definition of a Crossover Youth? | What are the alternative youth placements within your Judicial District and/or County? E.g. Qualified Residential Treatment Programs (QRTP), Psychiatric Residential Treatment Facility (PRTF), Residential Child Care Facility (RCCF), Shelter, and Group Homes (please be specific as possible). | Please list the names of the alternative youth placement programs within your Judicial District and/or County. For example, Third Way Center, Urban Peak, etc. | Do these alternative youth placements meet the needs of the youth and families within your Judicial District and/or County? | If no, please describe the alternative youth placement gaps within your Judicial District and/or County? | Do you have data available to support the gap/need (s)? |
|---|---|---|---|---|---|---|---|---|---|
| 6/25/2022 11:39:51 | 2nd JD: Denver County | City and County of Denver | Diversion | Youth who have an open case (voluntary, Dependency/Neglect, through delinquency) with Denver Department of Human Services (DDHS) or a prior DHS assessment, as well as having been charged with a delinquency case at the District level1 . | RCCF-Residential Child Care Facility, Group Home(s), Family, Foster | Urban Peak and Third Way | No | It seems this is a problem for the state in general. Most placements have closed, this does not impact Diversion as much as other agencies. | No |
| 6/27/2022 14:28:29 | 20th JD: Boulder County | Boulder County | Community Based-Service Provider | Youth involved in both the delinquency system and child welfare system. | QRTP-Qualified Residential Treatment Program | Chase House | No | placements for more acute needs, 10-12 year olds particularly hard to place; | Unknown |
| 6/28/2022 11:06:31 | 15th JD: Baca, Cheyenne, Kiowa, and Prowers Counties | Prowers County | Colorado Youth Detention Continuum (CYDC) | The definition of a Crossover Youth in our district is when a juvenile is involved or in the care of DHS and also involved in the juvenile justice system. | Family | None | No | A major GAP is that we do not have placement options in the Southern Region. | Unknown |
| 7/7/2022 13:01:59 | 4th JD: El Paso and Teller Counties | El Paso County | Division of Youth Services | youth with simultaneous involvement with DHS and DYS | RCCF-Residential Child Care Facility, Shelter(s) | Dale House, The Place | Yes | The serve the needs of "some" youth but capacity does not meet demand | No |
| 7/14/2022 12:24:04 | 7th JD: Delta, Gunnison, and Hinsdale Counties | Delta County | Advocacy Group | Continuing programs designed to assist youths coming out of the foster care system when they reach adulthood | Shelter(s) | Not really any except homeless shelters | No | Once kids age out in foster care they pretty much get dropped | Unknown |

| Timestamp | If you do have data, please list where the data exist to support the gap/need(s)? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | Who has access to this data? | What are the youth/family services provided by the above listed alternative placements within your Judicial District and/or County? | Do these youth/family services provided by the alternative placement meet your Judicial District and/or County needs? | If no, what are the service provision gaps present within the alternative placements for your Judicial District and/or County? | Does the data exist to support the gap needs? | If yes, where does the data exist to support the gap need? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | Who has access to this data? | Youth who are in the home but receiving county services with juvenile justice involvement, how are these youth services tracked? |
|---|---|---|---|---|---|---|---|---|---|
| 6/25/2022 11:39:51 | We don't have access to these statewide databases. | | Therapy, family therapy, mentors | Yes | | Unknown | | | We track them in house with spreadsheets, this if for grant reporting. |
| 6/27/2022 14:28:29 | | DHHS, Probation | Do not offer services other than groups. | No | services usually provided at Mental Health Partners or elsewhere | Yes | Trails, Medicaid payments | Medicaid, DHHS | Billing (invoices to DHHS, Medicaid) |
| 6/28/2022 11:06:31 | N/A | N/A | N/A | Unknown | | No | Trails | The CYDC Coordinator | Through Youth Service Network and TRAILS. |
| 7/7/2022 13:01:59 | With the named agencies themselves | the agencies named | Dale House: Housing, transitional services, treatment and The Place: Housing | No | Housing needed | Yes | the agencies named | the agencies named | Parole supervision, GPS Monitoring |
| 7/14/2022 12:24:04 | Don't know | Don't know | Don't know | No | Alternative housing and help after ageing out of the foster care program | Unknown | Don't know | Don't know | Don't know |

| Timestamp | What are the Community-Based Services for the youth/families within your Judicial District and/or County (choose all that apply)? | How do these Community-Based Services in your Judicial District and/or County meet the needs of your youth/families? | If the needs of your youth/families are not being met, how/what are the Community-Based Services gaps within your Judicial District and/or County? | Does the data exist to support the gap needs? | If yes, where does the data exist to support the gap needs? E.g. in Trails, Savio Management Group (SMG), separately held database (please be as specific as possible). | Who has access to this data? | Describe your Juvenile Justice Continuum. |
|---|---|---|---|---|---|---|---|
| 6/25/2022 11:39:51 | Mental Health, Substance Use/Abuse, Offense Specific Assessments, Gender Specific, MST (Multisystemic Therapy), FFT (Functional Family Therapy), Mentorship, Education, WRAP (Wraparound), RJ (Restorative Justice), Gang Specific, Employment | In Diversion our officers are expected to be targeted in their referrals. We feel that the service providers that we use understand our youth and they are impactful. | The gaps are Spanish speaking therapists, SOMB treatment and mentors that continue after youth exits the criminal justice system. It is a difficult time for therapists | Yes | Savio Management Group should have the wait list information | | There are prevention, Diversion, Probation, Placement (DHS) |
| 6/27/2022 14:28:29 | Mental Health, Substance Use/Abuse, Offense Specific Assessments, Gender Specific, MST (Multisystemic Therapy), FFT (Functional Family Therapy), Mentorship, Education, WRAP (Wraparound), RJ (Restorative Justice), Gang Specific, Employment, Culturally Appropriate, Linguistic Appropriate | They do not. As there are fewer residential placements for more acute youth, there has not been an effort (FUNDING) for increasing community based services. As a result, the community based services are overwhelmed with serving the more acute youth and less able to serve the mild or moderately acute (or not acute) clients and potential prevent them from becoming more acute. | Funding for additional intensive services, like in home family therapy or lower caseloads to have more time to address the non-billable needs (case management and care coordination needs that don't meet billable thresholds). | Unknown | | | referrals for treatment, Diversion, probation, Out of home placement, DYS |
| 6/28/2022 11:06:31 | Mental Health, Substance Use/Abuse, Education, Employment | We have basic services for our youth and families. In my perspective, something is better than nothing. | Alternative residential options, specialized family services (MST), Juvenile Substance Abuse classes, Gang intervention counseling. | Unknown | | | Our juvenile justice continuum is strong in the sense of our CMP program, Probation and CYDC. We don't |
| 7/7/2022 13:01:59 | Mental Health, Substance Use/Abuse, Offense Specific Assessments, Gender Specific, MST (Multisystemic Therapy), FFT (Functional Family Therapy), Mentorship, Education, WRAP (Wraparound), RJ (Restorative Justice), Gang Specific, Employment | They service referred/mandated youth | Housing is a high need | Yes | Parole Officers and perhaps SAVIO database | PO's and SAVIO staff | Arrest, assessment, placement in home, probation, or commitment, parole, discharge |
| 7/14/2022 12:24:04 | Mental Health, Substance Use/Abuse, Offense Specific Assessments, MST (Multisystemic Therapy), FFT (Functional Family Therapy), Education, RJ (Restorative Justice), Employment | They help with getting mental health and family services and provide some support for individuals to improve themselves and their social standing | More temporary housing and and assistance for people who are displaced is needed and programs to help those in need navigate the system | Unknown | Don't know | Don't know | To ensure that juveniles are placed in permanent housing |

| Timestamp | What do you need within your Juvenile Justice Continuum to fully serve your youth/families? | What are the gaps within your Juvenile Justice Continuum? | If you identified gaps within your Juvenile Justice Continuum, what/where are they? | Does data exist to supports these gaps within your Juvenile Justice Continuum? | Where does the data exist to support the gaps within your Juvenile Justice Continuum? E.g. in Trails, Savio Management Group (SMG), separately held database (please be as specific as possible). | Who has access to this Juvenile Justice Continuum data ? | What would your fully formed, comprehensive, developed Juvenile Justice Continuum look like? Please describe in detail. |
|---|---|---|---|---|---|---|---|
| 6/25/2022 11:39:51 | It would be great to have a website that explains programs, grants for programs, resources for the State. | It would be great to have a voucher program for therapy so that providers who don't take Medicaid can be utilized. | | No | | | It would look like a system that we engage families and have professional accountability to set families up for success |
| 6/27/2022 14:28:29 | More funding to allow for more flexible schedules and the outreach needed to engage these youth. Incentives to engage in services. More staff. | I think the gaps are more with treatment and services. | | Unknown | | | More focus on early intervention and prevention via social opportunities, school support, and therapeutic services. |
| 6/28/2022 11:06:31 | A stronger foundation, a more strategic plan to connect the youth to once he is released from Detention. More specialized programs geared for higher risk youth and a quicker approach to connect services to youth. | Our Juvenile Justice Continuum, has a few gaps. Our prevention approach is weak in terms of services offered for juveniles, our system of care is not as involved, or is not aware of the role they are able to play. Our diversion program is active, but is independent from Probation and CYDC. We do not have many options for out-of-home placement. Typically we depend on family members, or close family friends to take the youth if they unable to be placed at home. If that is not an option, their length of stay increases in detention until a placement is found. | | Unknown | I believe it would reflect in Trails | This coordinator | Our Juvenile Justice system would have a good understanding what our objective as a system is and would know the purpose of our goals with handling each case; overall we would be a cohesive entity involving various components. Especially being a smaller JD, our goals would be to come up with our own sustainable versions of resources to fill gaps, or explore alternative to addressing the lack of resources. This may also involve other small JD's. I think it would involved agencies to incorporate their strengths, and their specialties. It would involve main players in each agencies, or those that are in a position of making changes within their agencies. |
| 7/7/2022 13:01:59 | Housing Placements in the community | Housing Placements in the Community | Housing Placements | Yes | Parole Officers with DYS and perhaps SAVIO Database | DYS and SAVIO staff | it would have a proactive and ready to go access to placements in the communiyt |
| 7/14/2022 12:24:04 | Direction | Not sure | Not sure except that there are several young adults that are homeless | Unknown | Don't know | Don't know | Opportunities for mental health and family assistance and help being guided through the sust |

| Timestamp | Is the detention bed capacity sufficient for your Judicial District, County, CYDC or Court? | If you answered no or unknown to the above detention bed capacity, please describe why not. | Please explain what data you have that supports your above answer. | For the detained youth/family within your Judicial District and/or County, describe the waitlist for placement. Is it for a particular program or service (if yes, please list). Is the average wait time per youth known? | What data do you have that supports the extended waitlist(s)? | If you have data, where does the data exist that supports your youth/family waitlists for alternative placement? E. g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). |
|---|---|---|---|---|---|---|
| 6/25/2022 11:39:51 | No | | | n/a | n/a | |
| 6/27/2022 14:28:29 | Yes | | | It takes a long time to be approved for a placement, which is usually needed because of high needs that cannot wait; sometimes it is months and months | I imagine DHHS and probation have this date. | |
| 6/28/2022 11:06:31 | Yes | | | We do not necessarily have a waitlist with our programs in Mental Health, but we also don't have specialized or sufficient programs that address specific needs. I.E MST, Juvenile substance use programs, mentorship programs, alternative placements. We don't have foster families within our area, and the process to place a juvenile in a QRTP is a lengthy process, and involves families having to provide past interventions, mental health treatments, hospitalizations, that may not have been an option for them in our area. | Length of Stays in detention centers. | Trails |
| 7/7/2022 13:01:59 | Unknown | because it fluctuates, at times the need surpasses the capacity requiring to access the emergency release list | DYS facilities' Releaseable List | Unable to speak about non DYS placements waitlists, but the voucher program with DYS has at times one | Housing Voucher Database | Housing Voucher Database kept by Julia Dawson |
| 7/14/2022 12:24:04 | No | There appears to be a waiting list for beds in any programs | Just observations in court | 4 to 6 weeks | Observations on court | Don't have |

| Timestamp | For the detained youth/families within your Judicial District and/or County, describe the waitlist for Community-Based Services. Is the average wait time per youth known? | What data do you have that supports the waitlists for services mentioned in the above question? | Where does the data exist that supports your youth/family waitlists for Community-Based Services? E.g. in Trails, SMG (Savio Management Group), separately held database (please be as specific as possible). | If you had a magic wand and funding was not an issue, what would you recommend to address the concerns or barriers you presented within your survey responses? |
|---|---|---|---|---|
| 6/25/2022 11:39:51 | n/a | n/a | | Trainings for individuals in the field. Clear descriptions of roles. Targeted services for families. Detention when detention is necessary. We need balance. Our resources could focus on truancy at younger ages and addressing those issues early on. We are focusing on Diversion which is great. We also need to realize the need for probation and detention. We have to be trauma informed and not trauma blind, we have to empower our young people to make better decisions. When we are trauma blind we take away accountability and do more harm than good. There are parents asking for their children to be taken out of the home, we need to listen. They are not saying take my child I don't care about them, they are saying if something is not done I will lose my child to the choices they are making. We have to focus on being trauma informed and behavior change. |
| 6/27/2022 14:28:29 | At my agency, there are waits for youth for the first time every due to staffing shortages. The current wait is 1-2 months. | internal data | our EHR | More funding for effective early intervention and prevention services; more funding to allow for time to serve the acute youth. To be able to bill for no shows or cancelations would help. |
| 6/28/2022 11:06:31 | If residential placement or finding placement is involved, the wait time may vary. There is n set time frame, just depends on availability. | Trails LOS | Trails | I think that this problem starts from the very top of the pyramid. I think we need more representation for rural areas on the Senate floor so that we can have our issues addressed, along with Metropolitan areas. At times, it feels as though policies often use a "one size fits all" method, and often the smaller populated areas are overlooked or the policies imposed negatively affect our smaller communities. A great example is the upcoming Shelter Bill. I can see it benefitting Metro areas, more than rural. It looks different for us because we don't have temporary shelter to offer, and the risks outweigh the benefits in sending our juveniles to a facility in a Metro area. Ideally there would be a state run facility in each Region where we could send our youth. JD's in each District would be able to put our resources together to ensure and maintain a suitable placement for juveniles who do not have a place to go. Our families also need better in home interventions to address barriers within the family unit. Our families often face generational poverty, and/or generational trauma, and resources to address and break the cycle are needed. Overall, a cohesive system would benefit our families. |
| 7/7/2022 13:01:59 | Housing Placements require waiting | become aware as need arises | SAVIO database | A state owned and operated transitional housing program/facility for those re-joining the community to live in while they get employment and are able to move on to self-paid housing AND a scholarship fund that would pay for trade school for those likely motivated to avoid re-entering the judicial system |
| 7/14/2022 12:24:04 | Don't know about 2 days | Observation | Don't have | Shared housing with mental health services available on site |