# EXHIBIT 16
# (Restricted)