# EXHIBIT 18
# (Restricted)