# EXHIBIT 19
# (Restricted)