# EXHIBIT 21
# (Restricted)