# EXHIBIT 23

DECLARATION OF MEGHAL SHAH

I, Meghal Shah, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge, and if called to testify, I could and would do so competently and truthfully on these matters.

2. I am currently Alternative Defense Counsel (ADC) for youth in juvenile delinquency proceedings in Colorado. I take cases in El Paso, Teller, Pueblo, and Arapahoe counties.

3. I began practicing law in Colorado in 2015, when I served as an attorney with the Office of the State Public Defender in Colorado. In 2019, I began specializing in juvenile public defense. I started my private practice in 2020, where most of my cases are ADC. Over the past seven years in juvenile defense, I estimate I have represented at least 200 children in over 500 cases in Colorado juvenile court.

4. As defense counsel, I frequently come across and represent children who are in juvenile detention despite having a release order from a juvenile court judge upon finding of placement. These kids are stuck in detention because the State has not established enough placements and services to meet the need.

5. For example, I once represented a fourteen-year-old child who remained in detention for over 7 months after receiving a release order from a juvenile court judge. This child was found incompetent and not restorable, so she was not even facing prosecution. The juvenile court judge ruled that her original home was not a proper placement and DHS needed to place her. All placements, including the state hospital, returned her to detention because they did not have the resources to provide what she desperately needed. She needed mental health services in a non-institutional permanent home environment. Instead, she stayed in detention for over 7 months. During this time, I made records at multiple court date. The judge agreed with me that the primary reason the girl was in detention was that she had nowhere else to go. She was released to placement, which ultimately failed. Eventually, she was placed in a therapeutic foster home. She is still there and is doing fantastic.

6. I tend to see high rates of kids with disabilities not finding placements. They are often kids with high needs and parents who don't have resources. They end up in the criminal justice system a lot of times because the kids' disability or challenges result in charges where the parents or family members are the named victims. For example, I represented one child who was detained long after it being determined that she is eligible for release once a placement is found. Many of the child's delinquency cases were charges that allegedly happened to the mother. The mother was a single parent who did not have the resources to care for her. Eventually, the juvenile judge deemed that her mom was not a proper placement, so returning home was ruled out. DHS did a placement search and moved this child into a foster home. DHS' placement packet was not appropriate and did not disclose the child's disability-related behavioral issues to the foster family. The foster family was able to keep her for less than 24 hours after learning about the behaviors she was struggling

with. Generally, I have observed that clients with high needs disabilities tend to end up stuck in detention for longer.

7. I have also observed in practice that the state of Colorado does not have sufficient placement and services available for youth found releasable. Since I started this work seven years ago, from my perspective, placement numbers have gone down; plus, a lot of placements have shut down because of funding and policies. As far as I'm aware, we now only have three Psychiatric Residential Treatment Facilities (PRTF) options. Denver's children's homes is not accepting kids from El Paso County, from what I've been told. The last time I had a kid who needed to go to Third Way, they said the wait would be several months.

8. Unnecessary detention is incredibly harmful to children. The harms I have observed are twofold. First, being in a detention situation is very harmful to a child's mental health. A big stigma is attached to it. The kids know they are in jail. The longer they are in there, the more they start to think, "I'm a bad kid." I've seen kids devolve worse and worse in their behavior and mental health from being there. Even though structure sometimes helps kids, for many others, it is too much. The rigid rules and structure are too taxing because of their anxieties and stressors. The staff is not always nice, and the freedoms are extremely limited. The second issue is that juvenile detention has many negative influences. Kids in detention range in severity and age. I have clients who are so young, as young as 12 years old, and it's their first offense, who get exposed to older youth in these locked facilities.

9. The State of Colorado needs to provide more placements and services for youth so they do not remain in detention after a judge finds them releasable. Across the counties I serve, the State has a pattern of failing to set up and provide placements for kids who need to leave detention. As a result, kids unnecessarily wait in prison after being deemed releasable. The State needs to remedy this.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the 18th day of September, in El Paso, Colorado.



Meghal Shah
Atty. Reg # 48716