# EXHIBIT 27
# (Restricted)