# EXHIBIT 29
# (Restricted)