# EXHIBIT 31
# (Restricted)