# EXHIBIT 32
# (Restricted)