# EXHIBIT 33
# (Restricted)