# EXHIBIT 34
# (Restricted)