# EXHIBIT 35
# (Restricted)