# EXHIBIT 36
# (Restricted)