# EXHIBIT 37
# (Restricted)