# EXHIBIT 38
# (Restricted)