# EXHIBIT 39
# (Restricted)