# EXHIBIT 40
# (Restricted)