# EXHIBIT 41
# (Restricted)