# EXHIBIT 42
# (Restricted)