# EXHIBIT 43
# (Restricted)