# EXHIBIT 44
# (Restricted)