# EXHIBIT 45
# (Restricted)