# EXHIBIT 46
# (Restricted)