# EXHIBIT 47
# (Restricted)