# EXHIBIT 48
# (Restricted)