# EXHIBIT 49
# (Restricted)