# EXHIBIT 52

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

ISAAC N. through his next friend Kerry Simpson, TONY S. through his next friend Leigh Truhe, and VEGETA K. through his next friend Quentin Montemayor, for themselves and those similarly situated,

**Plaintiffs,**

v.

JARED POLIS, in his official capacity as the Governor of Colorado; and MICHELLE BARNES, in her official capacity as Executive Director of the Colorado Department of Human Services

**Defendants.**

Civil Action No. 1:26-cv-1123--GPG-CYC

---

**DECLARATION OF TIMOTHY MACDONALD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

---

I, Timothy Macdonald, hereby declare:

1. I am the Legal Director of the American Civil Liberties Union of Colorado ("ACLU-CO"), and I am co-counsel for Plaintiffs in this case. I make this declaration to describe my qualifications and those of my ACLU colleagues in support of the Plaintiffs' motion for class certification.

2. I received my law degree from the University of Michigan Law School in 1996. I obtained a master's degree in public policy from the University of Michigan in 1996. I received my undergraduate degree from Miami University in 1992.

3. I was awarded the Clara Belfield and Henry Bates Fellowship to work for a civil rights group in South Africa in 1997. After my Fellowship, I served as a law clerk to the Honorable Emilio M. Garza on the United States Court of Appeals for the Fifth Circuit.

4. I was licensed to practice law in Colorado in 1998. I am admitted to practice in the U.S. Supreme Court, the U.S. Court of Appeals for the First Circuit, Second Circuit, Eighth Circuit, Ninth Circuit, Tenth Circuit, DC Circuit, and Federal Circuit, the U.S. District

Courts for the District of Colorado and the District of Columbia, and the U.S. Court of Federal Claims.

5. I have served as ACLU-CO Legal Director since March 2023. Prior to becoming Legal Director of ACLU-CO, I was a lawyer at Arnold & Porter LLP for almost 25 years, where I was a partner for 18 years. I served as the managing partner of the Denver office from 2010 until my departure in 2023. I have taught as an Adjunct Professor at the University of Denver Sturm College of Law, teaching classes on Federal Courts and Appellate Practice. I am a Fellow of the American College of Trial Lawyers.

6. I have served as class counsel in numerous certified civil rights class actions, including: *D.B.U., et al., v. Trump, et al.,* No. 25-CV-1163 (D. Colo.); *Mendoza Gutierrez v. Baltasar*, No. 25-CV-2720-RMR (D. Colo.); and *Ramirez Ovando, et al. v. Noem, et al.*, No. 25-CV-3138 (D. Colo.). I also served as counsel in cases brought as mass actions and class actions over my career at Arnold & Porter.

<u>Emma Mclean-Riggs</u>

7. Emma Mclean-Riggs is a senior staff attorney at the ACLU of Colorado, where she has worked since 2023. She is a 2017 graduate of the University of California Berkeley School of Law. She served as a law clerk to the Honorable Carlos F. Lucero on the United States Court of Appeals for the Tenth Circuit and the Honorable Monica M. Márquez on the Colorado Supreme Court. Before joining the ACLU of Colorado, Ms. Mclean-Riggs was a Deputy Public Defender at the Colorado Office of the State Public Defender, and a Skadden Fellow for the Colorado Juvenile Defender Center and the ACLU of Colorado. Ms. Mclean-Riggs has litigated civil rights and civil liberties matters, including matters involving children's rights and the criminal law, since she joined the ACLU. Ms. Mclean-Riggs has served as counsel in *Doe, et al. v. Schwalb, et al.*, No. 2025-CV30241 (Arap. Cnty.); *Lopez v. Lucero*, No 2024-CV-30471 (Pueblo D.Ct.) (granting *habeas* relief for unconstitutional convictions); *Tafoya v. Lucero*, No. 2024-CV-30488 (Pueblo D.Ct.) (granting *habeas* relief for unconstitutional convictions); *Martinez v. Lucero*, No. 2024-CV-30485 (Pueblo D.Ct.) (granting *habeas* relief for unconstitutional convictions); and *Thorpe v. Lucero*, No. 2024-CV-30534 (Pueblo D.Ct.) (granting *habeas* relief for unconstitutional convictions). As a Skadden Fellow, Ms. Mclean-Riggs litigated individual juvenile deregistration and expungement matters, representing more than 100 children, and appearing in thirteen juvenile courts across the state. In the second year of her fellowship, she focused on policy issues impacting the rights of children involved in the criminal legal system and participated in drafting bills eliminating cash bail for children, capping the population of Colorado's pre-trial juvenile detention centers, and expanding expunction opportunities for previously-adjudicated children and young adults. She serves as class counsel in *D.B.U., et al., v. Trump, et al.,* No. 25-CV-1163 (D. Colo.); *Mendoza Gutierrez v. Baltasar*, No. 25-CV-2720-RMR (D. Colo.); and *Ramirez Ovando, et al. v. Noem, et al.*, No. 25-CV-3138 (D. Colo.).

<u>Scott Medlock</u>

8. Scott Medlock is a senior staff attorney at the ACLU of Colorado, which he joined in July 2025. Mr. Medlock is a 2005 graduate of the University of Texas School of Law, and a 2002 graduate of Northwestern University (with a dual degree in history and political science). Mr. Medlock has practiced civil rights law for over 20 years, and has served as class counsel in several significant civil rights cases prior to joining the ACLU of Colorado, including *Yates v. Collier*, 868 F.3d 354 (5th Cir. 2017) (affirming certification of a class challenging extremely hot conditions in a Texas "geriatric prison" that lacked air conditioning); *Roppolo v. Linthicum*, No. 2:19-cv-00262 (S.D. Tex. July 2, 2021) (approving settlement of class of Texas inmates denied life-saving treatment for Hepatitis C); *Coleman v. Young*, No. 1:20-CV-00847-RP (W.D. Tex. Dec. 6, 2021) (approving settlement of class of Medicaid recipients denied treatment for Hepatitis C); *Valentine v. Collier*, No 4:20-CV-1115, 2020 WL 3491999 (S.D. Tex. June 27, 2020) (certifying class of prisoners seeking protection from COVID-19); *Raven v. Polis*, No. 19-CV-34492 (Denver Cnty. Dist. Ct. 2023) (approving settlement of class action brought to protect transgender women in state prison system); and *Opperman v. Kong Tech., Inc.*, No. 13-cv-00453-JST, 2018 WL 11417568 (N.D. Cal. Mar. 27, 2018) (approving settlement of consumer privacy class action). Since joining the ACLU of Colorado, he has also served as class counsel in *Mendoza Gutierrez v. Baltasar*, No. 25-CV-2720-RMR (D. Colo.); and *Ramirez Ovando, et al. v. Noem, et al.*, No. 25-CV-3138 (D. Colo.). Mr. Medlock has further served as lead counsel in numerous civil rights actions involving policing and prisons. Mr. Medlock has also taught as a guest lecturer at the University of Texas School of Law in courses on constitutional litigation.

Dated: October 5, 2026

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

<u>*/s/ Timothy R. Macdonald*</u>
Timothy R. Macdonald