# EXHIBIT 53

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01123-GPG-CYC

ISAAC N. through his next friend Kerry Simpson, TONY S. through his next friend Leigh Truhe, and VEGETA K. through his next friend Quentin Montemayor, for themselves and those similarly situated,

**Plaintiffs,**

v.

JARED POLIS, in his official capacity as the Governor of Colorado, and MICHELLE BARNES, in her official capacity as Executive Director of the Colorado Department of Human Services,

**Defendants.**

---

**DECLARATION OF STEPHANIE PERSSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

---

I, Stephanie Persson, do hereby declare as follows:

1. I am a member of the bar of the State of New York, and I am currently admitted to the District of Colorado federal court. I am a Senior Staff Attorney at Children's Rights. I have entered my appearance in the above-captioned lawsuit on behalf of the Named Plaintiffs. Together with other Children's Rights attorneys and our co-counsel, I serve as counsel of record for the Named Plaintiffs and the putative Plaintiff Class Members in this case. Additionally, I serve as the lead counsel for Children's Rights in this case.

2. I am submitting this declaration on behalf of myself and Children's

Rights ("CR") in support of Plaintiffs' Motion for Class Certification and our request that Children's Rights be appointed as class counsel. It describes my qualifications and those of my colleagues at Children's Rights to serve as class counsel for the proposed class and subclasses in this case. Our co-counsel Disability Justice ("DJ"), the American Civil Liberties Union of Colorado ("ACLU CO"), the American Civil Liberties Union National Prison Project ("ACLU NPP"), and Ropes & Gray LLP attach similar declarations for their firms and organizations.

3. Children's Rights is a national non-profit legal advocacy and policy organization with decades of experience representing children involved with state child-serving systems, including the child welfare, juvenile justice, Medicaid, and immigration systems. Children's Rights routinely litigates federal class action suits that allege claims brought under the United States Constitution, Title II of the Americans with Disabilities Act ("ADA"), and the Rehabilitation Act, such as those claims presented here. By virtue of this extensive and specialized practice in federal courts, Children's Rights legal staff have acquired deep knowledge and expertise regarding the legal contours and proof requirements of the claims brought in this matter.

4. CR attorneys have secured numerous federal court-ordered judgments and settlements, which have resulted in the implementation of significant systemic reforms benefiting hundreds of thousands of children. CR attorneys are presently monitoring implementation of the following court-enforceable consent decrees or trial orders:

- *C.C. v. Buckner*, 2:21-CV-367 (M.D. Ala.) (class action challenging *Olmstead*

ADA violations of children with disabilities in state foster custody who are unnecessarily institutionalized);

- *C.P.X. v. Garcia*, 4:17-CV-00417 (S.D. Iowa) (class action challenging conditions of confinement and lack of mental health services for youth with mental health disabilities placed in a state juvenile justice facility);
- *T.H. v. DeKalb County School District*, 1:19-CV-03268 (N.D. Ga.) (class action challenging state denial of special education services and accommodations to young adults in DeKalb County Jail);
- *C.K. v. McDonald*, 2:22-cv-01791 (E.D.N.Y.) (class action challenging violations of the rights of Medicaid-eligible children who are segregated, institutionalized, or at serious risk of becoming institutionalized due to their mental health or behavioral health conditions and lack of intensive in-home supports);
- *Flores v. Blanche*, 2:85-cv-04544 (C.D. Cal) (class action representing a nationwide class of detained immigrant children and families with respect to their treatment in federal immigration custody and ability to promptly exit detention);
- *D.S. v. DCYF*, 2:21-cv-00113 (W.D. Wash.) (class action challenging state deprivation of needed placements and services to foster youth with mental health disabilities under the ADA, Rehabilitation Act, and Fourteenth Amendment);
- *C.A. v. Garcia*, 4:23-cv-00009 (S.D. Iowa) (class action challenging denial of

appropriate mental health care services and inappropriate institutionalization of Medicaid-eligible children, including the lack of intensive in-home supports);

- *M.D. v. Abbott*, 2:11-cv-00084 (S.D. Tex.) (class action challenging insufficient placement array and safety oversight of children in foster custody);
- *Michelle H. v. McMaster*, 2:15-cv-00134 (D.S.C.) (class action challenging insufficient placement and service array, safety oversight, and medical and mental health care for children in foster custody);
- *Kenny A. v. Kemp*, 1:02-cv-1686 (N.D. Ga.) (class action challenging insufficient placement and service array, safety oversight, and mental health care for children in state foster custody in Fulton and DeKalb Counties, Georgia);
- *B.K. v. McKay*, 2:15-cv-00185 (D. Ariz.) (class action challenging insufficient foster placements and medical services for foster children in state custody);
- *M.B. v. Howard*, 2:18-cv-2617 (D. Kan.) (class action challenging practices of subjecting foster children to extreme housing instability and lack of mental health services while in state foster custody);
- *M.B. v. Tidball*, 2:17-cv-4102 (W.D. Mo.) (class action challenging prescription of powerful psychotropic medications without adequate oversight to children in state foster custody);
- *Dwayne B. v. Whitmer*, 2:06-cv-13548 (E.D. Mich.) (class action challenging insufficient placement and service array, safety oversight, and medical and mental health care for children in state foster custody);

- *B.R. v. Quin*, No. 3:23-cv-00737 (M.D. Tenn.) (civil action challenging procedural due process deprivations of nondiscretionary benefits to immigrant children in state foster custody);
- *Bryan C. v. Lambrew*, 1:21-cv-00005 (D. Me.) (class action challenging prescription of powerful psychotropic medications without adequate oversight to children in state foster custody);
- *H.G. v. Carroll*, No. 4:18-CV-100 (N.D. Fla.) (class action challenging inadequate mental health services, extreme placement instability and unnecessary institutional placement of children in state foster custody in Miami-Dade and Monroe Counties, Florida).

5. Additionally, CR attorneys, with co-counsel in each matter, are currently litigating the following pre-judgment matters:

- *B.D. v. Ayotte*, 1:21-cv-00004 (D.N.H.) (class action challenging substantive due process and ADA violations of children in state foster custody who are unnecessarily institutionalized);
- *Timothy B. v. Sangvai*, 1:22-cv-1046 (M.D. N.C.) (class action challenging *Olmstead* ADA violations of children with disabilities in state foster custody who are unnecessarily institutionalized);
- *B.F. v. Rodgers*, 1:23-cv-00109 (D. Md.) (class action challenging prescription of powerful psychotropic medications without adequate oversight to children in state foster custody);

- *Ocean S. v. Los Angeles County*, 2:23-cv-06921 (C.D. Cal.) (class action challenging substantive due process, procedural due process, and *Olmstead* ADA violations of children in state foster custody);
- *J."E."L. v. Charest*, 1:24-cv-00471 (D.R.I.) (class action challenging ADA violations of the rights of children in state foster custody, as well as denial of appropriate mental health care services and inappropriate institutionalization);
- *S.O.L. v. Washington State Department of Children, Youth and Families*, 26-2-14621-7 SEA (King County Super. Ct., Wash. Filed May 4, 2026) (class action challenging procedural due process and anti-discrimination violations of immigrant children in state foster custody).

6. I graduated from Columbia Law School in 2015 and joined Children's Rights in August 2016, after a fellowship focused on child welfare policy. During the ten years I have spent in active federal litigation practice at Children's Rights, I have worked on multiple Section 1983 class action cases on behalf of children in state-run child welfare and juvenile justice systems. These cases include *C.P.X. v. Garcia*, 4:17-cv-00417 (S.D. Iowa), *D.S. v. DCYF*, 2:21-cv-00113 (W.D. Wash.), *Michelle H. v. McMaster*, 2:15-cv-00134 (D.S.C.), *B.K. v. McKay*, 2:15-cv-00185 (D. Ariz.), *C.A. v. Garcia*, No. 4:23-cv-00009 (S.D. Iowa), *Ocean S. v. LA County*, 2:23-cv-06921 (C.D. Cal.), *Dwayne B. v. Whitmer*, 2:06-cv-13548 (E.D. Mich.), and *H.C. v. Dewine*, 1:20-cv-00944 (S.D. Ohio).

7. I am joined by Ira Lustbader, who is the Litigation Director and Chief Program Officer at Children's Rights. Mr. Lustbader joined Children's Rights in 1999,

after seven years in private practice. At CR, Mr. Lustbader oversees its entire national program of litigation and has initiated and led many investigations and overseen implementation of negotiated settlements related to child institutionalization and child welfare services. Mr. Lustbader has served and currently serves as counsel for plaintiffs (with co-counsel in each matter) in a large number of federal class action lawsuits, representing tens of thousands of children in systemic impact litigation concerning infrastructure failures that harm and/or place children at risk of harm in violation of their federal rights. These cases include, among others, *Kenny A. v. Kemp*, No. 1:02-CV-1686 (N.D. Ga.), *Timothy B. v. Sangvai*, No. 1:22-CV-1046 (M.D. N.C.), *M.B. v. Howard*, No. 2:18-CV-2617 (D. Kan.), *H.G. v. Carroll*, No. 4:18-CV-100 (N.D. Fla.), *Michelle H. v. McMaster*, No. 2:15-CV-134 (D.S.C.), *B.D. v. Ayotte*, 1:21-cv-00004 (D.N.H.), *Brian A. v. Haslam*, No. 3:00-CV-0445 (M.D. Tenn.) (class action against state officials responsible for the Tennessee child welfare system concerning violations of foster children's rights under federal statutory and constitutional law), *Juan F. v. Lamont*, No. 2:89-CV-859 (D. Conn.) (class action against state officials concerning violations of Connecticut foster children's rights under federal statutory and constitutional law), and *E.C. v. Sherman*, No. 2:05-CV-726 (W.D. Mo.) (class action against state officials responsible for the Missouri child welfare system challenging an unconstitutional Missouri state adoption subsidy statute).

8. Under my supervision, a full team of Children's Rights attorneys support the litigation of this case. This team includes Of Counsel Stephen Dixon and Staff Attorneys Micaela Heery-Hyatt and Eleanor Roberts, all of whom seek

to represent the Named Plaintiffs and the Class. Each of these colleagues has been admitted to federal court in the District of Colorado and appeared in this action. Each of these attorneys has relevant litigation experience, including federal class action litigation.

9. Stephen Dixon joined Children's Rights in 2009 after leading the child advocacy office in Louisiana where he represented hundreds of children in both child welfare and delinquency proceedings. Mr. Dixon co-founded the Juvenile Law Clinic at the Louisiana State University Law Center and was lead counsel in *In Re C.B.*, 708 So.2d 391 (1998), a landmark case on the right to treatment for youth in custody. During his time at CR, he has helped litigate class actions on behalf of children with child welfare and juvenile system involvement. Mr. Dixon serves as co-counsel on class actions on behalf of children in state custody, including *B.F. v. Rodgers,* 1:23-cv-00109 (D. Md.), *Timothy B. v. Sangvai*, No. 1:22-cv-1046 (M.D. N.C.), *B.R. v. Quin*, No. 3:23-cv-00737 (M.D. Tenn.), *M.B. Howard*, 2:18-cv-02617 (D. Kan.), *Bryan C. v. Lambrew*, 1:21-cv-00005 (D. Me.), and *M.D. v. Abbott*, 2:11-cv-00084 (S.D. Tex.).

10. Micaela Heery-Hyatt graduated from New York University School of Law in 2019 and joined CR in 2023. Ms. Heery-Hyatt began her career at White & Case LLP practicing primarily anti-trust litigation and also served in a pro bono capacity on a civil rights class action lawsuit vindicating the constitutional rights of imprisoned citizens. Ms. Heery-Hyatt then clerked for the Honorable Marcia M. Henry, a magistrate judge in the Eastern District of New York, and then the

Honorable Jennifer L. Rochon, a district judge in the Southern District of New York. At Children's Rights, Ms. Heery-Hyatt serves as co-counsel on class actions protecting the civil rights of children with disabilities, including *C.C. v. Buckner*, No. 2:21-cv-367 (M.D. Ala.), *D.S. v. Washington State Department of Children, Youth and Families*, No. 2:21-cv-00113 (W.D. Wash.), and *Timothy B. v. Sangvai*, No. 1:22-cv-1046 (M.D. N.C.).

11. Eleanor Roberts also joined CR in 2023. Ms. Roberts graduated from Yale Law School in 2022, where she represented detained youth in the Juvenile Justice and Educational Opportunity Clinic at the Jerome Frank Legal Services Organization. Prior to joining CR, Eleanor worked as a Staff Attorney at Brooklyn Defender Services in the Criminal Defense Practice where she represented indigent clients. At Children's Rights, Ms. Roberts serves as co-counsel on civil actions challenging youth detention and child welfare system violations, including *Flores v. Blanche*, No. 2:85-cv-04544 (C.D. Cal), *S.O.L. v. Washington State Department of Children, Youth and Families*, No. 26-2-14621-7 SEA (King County Super. Ct., Wash. Filed May 4, 2026), and *B.R. v. Quin*, No. 3:23-cv-00737 (M.D. Tenn.).

12. Attorneys at Children's Rights, along with co-counsel, conducted an extensive investigation prior to filing this action, including speaking with public defenders, guardians *ad litem*, impacted families and youth, and advocates across the state to better understand the claims and harms at issue in this case.

13. CR has the resources to adequately represent the Plaintiff

Class and will vigorously and competently prosecute this action on behalf of the Plaintiff Class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of September 2026 in Felton, California.

*/s/ Stephanie Persson*

Stephanie Persson, Esq.
**Children's Rights**
88 Pine Street, Suite 800
New York, NY 10005
Tel: (212) 683-2210
spersson@childrensrights.org
*Attorney for Plaintiffs*