# EXHIBIT 54

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

ISAAC N. through his next friend Kerry Simpson, TONY S. through his next friend Leigh Truhe, and VEGETA K. through his next friend Quentin Montemayor, for themselves and those similarly situated,

**Plaintiffs,**

v.

JARED POLIS, in his official capacity as the Governor of Colorado, and MICHELLE BARNES, in her official capacity as Executive Director of the Colorado Department of Human Services,

**Defendants.**

No. 1:26-cv-01123-GPG-CYC

## DECLARATION OF TIMOTHY FARRELL

1. My name is Timothy Farrell. Along with my colleagues at the American Civil Liberties Union National Prison Project (ACLU NPP), American Civil Liberties Union of Colorado, Children's Rights, and Disability Law Colorado, I am one of the counsel of record for the Named Plaintiffs and the putative Class Members in this case. I submit this Declaration to describe my qualifications to serve as class counsel for the proposed class and subclasses in this case.

2. I am a partner at Ropes & Gray LLP, an international law firm with more than 350 lawyers in the litigation and enforcement practice group. I have practiced at Ropes & Gray for over 15 years. My practice focuses on complex litigation and arbitration matters, spanning the full lifecycle of a case from pre-suit strategy through trial and appeal. I have extensive experience litigating and trying complex class action cases, including cases involving the constitutional rights of incarcerated youth.

3. I served as Ropes & Gray's lead trial counsel in a federal civil rights trial

challenging the State of Iowa's use of solitary confinement and unconstitutional mechanical restraints on juveniles, as well as its inadequate provision of mental health care, at the Iowa Boys State Training School (*C.P.X. et al v. Garcia et al*, Docket No. 4:17-cv-00417 (S.D. Iowa Nov 27, 2017)). This was a class action proceeding in which I served as co-lead trial counsel for the plaintiff class. After an almost two-week trial in Iowa federal court, our team won precedent-setting relief for the class, ending the facility's use of punitive isolation and restraint techniques, securing improved mental health care, and imposing a federal monitor to oversee the facility.

4. In 2023, I led Ropes & Gray's litigation team alongside Children's Rights in a class action lawsuit against the Iowa Department of Health and Human Services (*P.A. et al v. Iowa Department of Health and Human Services*, Docket No. 4:23-cv-00009 (S.D. Iowa Jan 06, 2023)). The class alleged that the State of Iowa denied Medicaid-eligible children access to vital mental health services, such as care coordination and behavioral health services. In October 2023, the plaintiff-counsel group secured an interim settlement agreement on behalf of the class that addressed decades-long deficiencies in the provision of mental health services to children.

5. Starting in 2024, I led a Ropes & Gray team alongside the ACLU of Illinois in a class action lawsuit against Knox County and officials responsible for the Mary Davis Home youth detention center (*J.B.H. v. Knox County et al*, Docket No. 4:24-cv-04096 (C.D. Ill. May 28, 2024)). The class alleged the center violated the Fourth, Eighth, and Fourteenth Amendment rights of youth in detention by placing them in solitary confinement and failing to provide adequate mental health services. On September 30, 2025, the Honorable Judge Colleen Lawless of the U.S. District Court for the Central District of Illinois granted our motions for both class certification and a preliminary

injunction. As a result, the facility was enjoined from placing youth in solitary confinement outside of limited and specific circumstances and from placing youth at risk of suicide and self-harm in solitary confinement. The facility was also required to present to the court a plan for the provision of appropriate mental health care services within 30 days.

6. In June 2023, I led a Ropes & Gray team in partnership with the ACLU of Illinois in a class action lawsuit against Franklin County (*Maurer v. Franklin County*, Docket No. 3:23-cv-02303, (S.D. Ill. June 30, 2023)). The lawsuit alleged that the conditions at the Franklin County Juvenile Detention Center violated the detained youth's substantive Due Process rights under the Fourteenth Amendment by placing them in solitary confinement without access to adequate mental healthcare and educational services. As discovery was beginning in our lawsuit, the Defendants permanently closed the facility's doors—a significant victory in our fight for better conditions for detained youth. In August 2024, we voluntarily dismissed our complaint after Franklin County officials represented that there are no plans to reopen the facility.

7. Ropes & Gray is well positioned to serve as class counsel in this matter. The firm's litigation attorneys across its domestic and international offices have extensive expertise in complex civil rights litigation, class actions, and government enforcement matters.

8. The American Civil Liberties Union National Prison Project (ACLU NPP), Children's Rights, and Disability Law Colorado also serve as counsel for the Named Plaintiffs and are qualified to serve as class counsel for the proposed class and subclasses in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 31, 2026

Respectfully submitted,

/s/ *Timothy R. Farrell*

Timothy R. Farrell
Nicholas W. Smith
Jashan Kashyap
**ROPES & GRAY LLP**
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Timothy.Farrell@ropesgray.com
Nicholas.Smith@ropesgray.com
Jashan.Kashyap@ropesgray.com
*Attorneys for Plaintiffs*