# EXHIBIT 55

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01123-GPG-CYC

ISAAC N. through his next friend Kerry Simpson, TONY S. through his next friend Leigh Truhe, and VEGETA K. through his next friend Quentin Montemayor, for themselves and those similarly situated,

**Plaintiffs,**

v.

JARED POLIS, in his official capacity as the Governor of Colorado, and MICHELLE BARNES, in her official capacity as Executive Director of the Colorado Department of Human Services,

**Defendants.**

---

**DECLARATION OF EMILY ANN HARVEY**

---

1. My name is Emily Ann Harvey. I am one of the counsel of record for the Named Plaintiffs and putative Class Members in this case. I submit this Declaration to describe my qualifications to serve as class counsel for the proposed class and subclasses in this case.

2. I am one of two Co-Legal Directors at the Center for Legal Advocacy (dba Disability Justice, formerly dba Disability Law Colorado) in Denver, Colorado. I was admitted to the Colorado Bar in May 2014 and have focused on civil and disability rights law during my entire career. For most of that time, I have worked for Disability Justice and focused specifically on disability rights. I worked briefly at the U.S. Department of Education's Office for Civil Rights (OCR) in 2020-2021 where I investigated civil rights

more generally, though most of my cases involved alleged violations of the ADA and/or Section 504.

3. Disability Justice is the designated Protection and Advocacy system (P&A) for the State of Colorado, authorized to investigate and pursue remedies for systemic abuse, neglect, and rights violations impacting individuals with disabilities, including children in correctional and residential settings.

4. In my role as Co-Legal Director, I identify and address systemic issues impacting individuals with disabilities across Colorado, supervise attorneys, and coordinate advocacy strategies to address practices that violate disability rights laws.

5. Through my work at Disability Justice and previously as an attorney with OCR, I have investigated systemic violations, monitored compliance with federal civil rights laws, and facilitated resolution of complex matters affecting groups of individuals.

6. My practice focuses on disability rights and systemic advocacy on behalf of individuals with disabilities. This work includes application of the integration mandate recognized in *Olmstead v. L.C.* in matters involving unnecessary confinement, barriers to community-based services, and failures in discharge planning.

7. I have been inside many facilities that serve children with disabilities and those in foster care. I have interviewed staff and children who are in those facilities. This includes Division of Youth Services Centers, Psychiatric Residential Treatment Centers, Psychiatric Hospitals, and Qualified Residential Treatment Programs. Our P&A access allows us to go anywhere within a facility that a person with a disability could go, so we are able to observe everywhere in a facility except those spaces that are designated

"staff only." This has given me a unique perspective of the systems that serve children in Colorado, as well as the conditions within these facilities.

8. I have delivered presentations on disability rights, including Section 504 and the ADA, at community events and professional conferences.

9. I was an adjunct professor at the University of Denver Sturm College of Law where I taught Disability Law during the 2022, 2023, and 2024 Spring semesters. In this course, I covered a broad range of disability rights topics, including *Olmstead v. L.C.* and conditions in congregate residential and correctional settings.

10. While I have limited experience as council in certified class actions, I have developed the skills necessary to manage complex litigation, including coordinating factual development, advancing legal theories applicable to groups of affected individuals, and pursuing injunctive relief.

11. Representative of this experience is a complaint I filed with the U.S. Department of Justice on behalf of Colorado nursing home residents with disabilities alleging violations of the ADA's integration mandate. My work included data and records analysis, site visits, interviews, and coordination with the DOJ. The DOJ subsequently initiated litigation, which resulted in a settlement providing injunctive relief to support community-based living.

12. Representative of my "class action" adjacent experience is an investigation I conducted into whether a child in foster care was provided due process when his parents elected to have life-sustaining treatment withdrawn so he would pass away. The investigation required in-depth document review, interviews, analysis of

complex legal and ethical issues, and an evaluation of systemic decision-making processes impacting vulnerable children with disabilities in Colorado.

13. More broadly, my work has included investigating patterns of unlawful practices, developing factual records through document review and interviews, and advocating for system-wide changes through administrative action, public reporting, and policy advocacy.

14. I was co-counsel on a lawsuit against the Colorado Department of Healthcare Policy and Financing (G.A. et al v. Bimestefer (1:21-cv-02381)). This case sought declaratory and injunctive relief for children and youth with serious emotional disturbances and included Section 504 and ADA claims, as well as Medicaid claims.

15. To ensure the proposed class is represented by a team with substantial class action experience, Plaintiffs are represented by co-counsel with significant experience litigating Rule 23 class actions. Co-counsel brings extensive expertise in class certification, complex federal litigation, and the management of systemic injunctive relief cases. I will work closely with co-counsel on all aspects of this litigation, including class certification strategy, briefing, discovery, and any trial or settlement proceedings.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Emily Ann Harvey October 2, 2026

Emily Ann Harvey
Center for Legal Advocacy dba Disability Justice
1580 Logan Street, Suite 600
Denver, CO 80203
eharvey@disabilitylawco.org