**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01123-GPG-CYC

ISAAC N. through his next friend Kerry Simpson,
TONY S. through his next friend Leigh Truhe, and
VEGETA K. through his next friend Quentin Montemayor,
for themselves and those similarly situated,

Plaintiffs,

v.

JARED POLIS, in his official capacity
as the Governor of Colorado,
and MICHELLE BARNES, in her official capacity
as Executive Director of the Colorado Department of Human Services,

Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBITS TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

---

Pursuant to D.C.COLO.LCivR 7.2, the Exhibits described below to Plaintiffs' Motion for Class Certification shall be restricted under a Level 1 restriction.

Dated this ___ day of ____________, 2026.

__________________________________

**EXHIBITS TO BE FILED UNDER LEVEL 1 RESTRICTION**

| Exhibit No. | Exhibit Description |
|---|---|
| 16 | Quentin Montemayor Declaration, Sept. 11, 2026 (restricted) |
| 18 | Kerry Simpson Declaration, Sept. 18, 2026 (restricted) |
| 19 | Leigh Truhe Declaration, Aug. 31, 2026 (restricted) |
| 21 | Elise Miller Declaration, Sept. 30, 2026 (restricted) |
| 27 | Brittany Radic Declaration, Sept. 25, 2026 (restricted) |
| 29 | Otto O. Grievance to DYS facility (restricted) |
| 31 | Isaac N. Enhanced Standardized Assessment (ESA) (restricted) |
| 32 | Isaac N. Individualized Education Program (IEP) (restricted) |
| 33 | Isaac N. Grievance to DYS facility (restricted) |
| 34 | Tony S. Juvenile Court Order (restricted) |
| 35 | Tony S. Individualized Education Program (IEP) (restricted) |
| 36 | Tony S. Enhanced Standardized Assessment (ESA) (restricted) |
| 37 | Tony S. Grievance to DYS facility (restricted) |
| 38 | Vegeta K. Juvenile Court Order (restricted) |
| 39 | Vegeta K. Behavior Intervention Plan (restricted) |
| 40 | Vegeta K. IEP Review (restricted) |
| 41 | Vegeta K. Grievance to DYS facility (restricted) |
| 42 | Otto O. Letter from Licensed Professional Counselor (restricted) |
| 43 | Otto O. Juvenile Court Order (restricted) |
| 44 | Otto O. Individualized Education Program (IEP) (restricted) |
| 45 | Otto O. Assessment by Psychologist (restricted) |
| 46 | Otto O. Grievance to DYS facility (restricted) |
| 47 | Tyrone P. Juvenile Court Order (restricted) |